# SCHEDULE A

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|-----|-----------|----------------------------|------|----------|
| | | | | |





