# EXHIBIT C

Screenshots of checkout pages showing that the defendants offer  infringing products for sale into the Western District of Pennsylvania