# INDEX OF EXHIBITS

## INDEX OF EXHIBITS

Schedule A:                          List of Defendants

Exhibit A:                           Plaintiff's Patent-in-Suit

Exhibit B:                           Representative Claim Charts

Exhibit C:                           Checkout Pages

Exhibit D:                            Alibaba, Amazon, and Counterfeiting in the

                                     Age of the Internet, by Daniel C.K. Chow

Exhibit E:                           Combating Trafficking in Counterfeit and

                                     Pirated Goods, by United States Department of

                                     Homeland Security