**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ZHIHUI CAO,

                Plaintiff,

         v.

SCHEDULE A DEFENDANTS**,**

                Defendants.

Civil Case No.: 2:26-cv-00785

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

**OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice

appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

                                          _____

                                          UNITED STATES DISTRICT JUDGE

1