**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ZHIHUI CAO

)
)
)
vs. )
SCHEDULE A DEFENDANTS )
)
)
)

Civil Action No. ___2:26-cv-00785___

or

Criminal Action No.

_____

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____Zhihui Cao_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_____05/04/2026_____

Date

_/s/ Zheng "Andy" Liu_____

Signature of Attorney or Litigant

Revision Date: November 1, 2016