IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ZHIHUI CAO, | |
| *Plaintiff*, | Civil Action No. 2:26-cv-785 |
| v. | Hon. William S. Stickman IV |
| SCHEDULE A DEFENDANTS, | |
| *Defendants*. | |

**HEARING MEMO**

HEARING HELD:  Videoconference Motion Hearing
DATE HEARING HELD:  May 7, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:                              Appearing for Defendants:
Zheng Liu, Esquire                                     n/a

Hearing began at 1:31 PM                          Hearing concluded at 1:37 PM

Stenographer:  Barbara Loch

OUTCOME:

Motion Hearing held re:  Plaintiff's Ex Parte Motion for (1) Temporary Restraining Order, Including a Temporary Asset Restraint, (2)  Expedited Discovery Order, and (3) Order to Show Cause Why a Preliminary Injunction Should Not Issue.  (ECF No. 12).  The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Injunction Hearing scheduled for 05/21/26 at 2:00 p.m. in courtroom 8B.

Orders of Court to follow.