AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| ZHIHUI CAO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-00785-WSS |
| SCHEDULE A DEFENDANTS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trading Co., LTD                                                                                          .

Date:    05/27/2026                          *Zhiwei Hua*
                                                            *Attorney's signature*

                                         ZHIWEI HUA  NY 6099105
                                         *Printed name and bar number*

                                         1360 Valley Vista Dr, Suite 140,
                                         Diamond Bar, CA, 91765

                                         *Address*

                                         huazhiwei@concordsage.com
                                         *E-mail address*

                                         (216) 392-3236
                                         *Telephone number*

                                         *FAX number*