**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZHIHUI CAO | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00785-WSS |
| | ) | |
| v. | ) | Judge William S. Stickman |
| | ) | |
| SCHEDULE A | ) | |
| DEFENDANTS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

**AND NOW,** this _____ day of _____, 2026, upon consideration of Defendant Trading Co., LTD, No. 13 in Schedule A's ("Defendant") Motion for Leave to Appear Remotely via Videoconference at the Preliminary Injunction Hearing scheduled for June 4, 2026 (the "Motion"), and any response thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED.

1. Counsel for Defendant, Zhiwei Hua, and, to the extent necessary or desired, a corporate representative of Defendant, are permitted to appear remotely via videoconference (using the Court's Zoom platform or such other videoconferencing technology as the Court may designate) at the preliminary injunction hearing scheduled for June 4, 2026.

2. Counsel and any participating representative shall comply with all technical and procedural requirements for remote appearances as set forth by the Court, including but not limited to:

   - Ensuring a stable internet connection;

   - Participating from a quiet, professional environment;

- Using appropriate lighting and background;

- Remaining muted when not speaking; and

- Testing connectivity in advance of the hearing.

3. Failure to comply with the Court's videoconference protocols may result in the remote appearance being denied or terminated, and the Court may require in-person appearance.

4. Nothing in this Order shall be construed as a waiver of any jurisdictional, procedural, or substantive rights or defenses of any party.

IT IS SO ORDERED.

_____

William S. Stickman

United States District Judge

Date: _____