**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| ZHIHUI CAO | ) | | |
| | ) | | |
| | ) | | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00785-WSS | |
| | ) | | |
| v. | ) | Judge William S. Stickman | |
| | ) | | |
| SCHEDULE A | ) | | |
| DEFENDANTS, | ) | | |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for     Trading Co., LTD     in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date: May 29, 2026

Respectfully Submitted

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
NY 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR DEFENDANT