**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Cao _____ ) | |
| ) | |
| vs.                                ) | Civil Action No. 26-cv-785_____ |
| ) | |
| Schedule A Defendants _____ ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF Xiangru Chen_____**

     Xiangru Chen, undersigned counsel for Defendants Dronewing and homvos-us, hereby moves that Xiangru Chen be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Dronewing and homvos-us in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Xiangru Chen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: May 29, 2026_____

/s/ Xiangru Chen_____
Xiangru Chen (WA Bar. ID NO. 64505)
xiangru.chen@lawmayus.com
LawMay P.C.
2108 N Street, Ste. 9124
Sacramento, CA 95816

*Counsel for Defendants Dronewing and homvos-us*