**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Cao | ) | |
| | ) | |
| vs. | ) | Civil Action No. 26-cv-785 |
| | ) | |
| Schedule A Defendants | ) | |
| | ) | |

**AFFIDAVIT OF XIANGRU CHEN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Xiangru Chen, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Dronewing and homvos-us in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Xiangru Chen, being duly sworn, do hereby depose and say as follows:

1.     I am a Lawyer of the law firm LawMay P.C..

2.     My business address is 2108 N Street, Ste. 9124, Sacramento, CA 95816.

3.     I am a member in good standing of the bar of Washington.

4.     My bar identification number is 64505.

5.     A current certificate of good standing from Washington is attached to this Affidavit as Exhibit 1.

6.     [if applicable]  The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:N/A: [Insert additional explanation as appropriate.]

7.     I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.     I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.  Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
    I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: <u>May 29, 2026</u>                    <u>/s/ Xiangru Chen                    </u>