**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Cao _____ | ) | |
| _____ | ) | Civil Action No. 2:26-cv-785\_\_\_\_\_ |
| | ) | |
| vs. | ) | or |
| Schedule A Defendants _____ | ) | |
| _____ | ) | Criminal Action No. _____ |
| _____ | ) | |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Dronewing and homvos-us _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

6/1/2026 _____       /s/ Xiangru Chen _____
Date                                                            Signature of Attorney or Litigant

Revision Date: November 1, 2016