**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Zhihui Cao,<br><br>        Plaintiff,<br><br>v.<br><br>Schedule A Defendants,<br>        Defendants. | Case No. 2:26-cv-00785-WSS<br><br>Judge William S. Stickman |

**DEFENDANTS DRONEWING AND HOMVOS-US'S MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants Dronewing (Seller ID: A7P4HB58SCZKC) and homvos-us (Seller ID: A19K1UHXFMG83E) (collectively, "Defendants"), by and through their undersigned counsel, hereby move the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint. In support, Defendants state as follows:

1. Plaintiff filed the Complaint on May 4, 2026. (Dkt. 1.)

2. Counsel entered an appearance for Defendants on June 1, 2026. (Dkt. 29.)

3. The original deadline for Defendants to answer or otherwise respond to the Complaint was June 2, 2026.

4. This Court may, for good cause, extend the time by which a response is due "if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

5. Good cause exists for a brief extension. Defendants' undersigned counsel was only recently engaged on **May 29, 2026** to represent Defendants in this matter. Since then, counsel has begun reviewing the Complaint, the patent and prosecution-related materials, and the allegations concerning the accused product, but requires additional time to complete that review, confer with Defendants, investigate the relevant facts, and evaluate

1

Plaintiff's allegations and potential defenses. In addition, because Defendants are foreign sellers, counsel requires additional time to coordinate with Defendants abroad.

6.  This is Defendants' first request for an extension of time to answer or otherwise plead, and it is made in good faith and not for purposes of delay.

7.  Defendants have conferred with Plaintiff's counsel regarding the requested extension. Plaintiff does not consent to a 30-day extension.

8.  A 30-day extension is reasonable and will not prejudice Plaintiff. Defendants are not seeking to delay the preliminary-injunction proceedings and will file their opposition to Plaintiff's Motion for Preliminary Injunction by the current deadline.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Honorable Court enter an Order extending the deadline for Dronewing and homvos-us to answer or otherwise respond to Plaintiff's Complaint to **July 2, 2026.**

Dated: June 2, 2026                     Respectfully submitted,

_/s/ Xiangru Chen_
Xiangru Chen
Hongchang Deng
Yi Yi
LawMay P.C.
2108 N St., Ste.9124
Sacramento, CA 95816
M: 267-888-8281
xiangru.chen@lawmayus.com
rdeng@lawmayus.com
yiyi@lawmayus.com
*Attorneys for Defendants Dronewing and*
*homvos-us*

2