**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Zhihui Cao,<br><br>        Plaintiff,<br><br>v.<br><br>Schedule A Defendants,<br>        Defendants. | Case No. 2:26-cv-00785-WSS<br><br>Judge William S. Stickman |

## **[PROPOSED] ORDER**

THIS MATTER is before the Court on Defendants Dronewing and homvos-us's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and the Court having been fully advised, it is hereby ORDERED that the Motion is GRANTED.

Defendants Dronewing and homvos-us shall answer or otherwise respond to Plaintiff's Complaint on or before July 2, 2026.

Dated: this _____ day of June, 2026

_____
Judge William S. Stickman
United States District Judge