# Exhibit C





Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

2026/5/29 12:06    Microspie Detector – Anti-Spy Signal Detector, Hidden Cameras Hidden Camera Detector Wireless RF Bedding Detector Find Listening Devices Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS    Document 34-3    Filed 06/02/26    Page 4 of 15







Case 2:26-cv-00785-WSS   Document 34-3   Filed 06/02/26   Page 7 of 15





**Alberto**

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Case 2:26-cv-00785-WSS    Document 34.3    Filed 06/02/26    Page 10 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Helpful    |    Report

Translate review to English

Lorenzo

★☆☆☆☆ **Poco più di un giocattolo. Non rileva praticamente nulla**

Reviewed in Italy on 9 May 2024

**Verified Purchase**

Pessimo prodotto che ho immediatamente restituito.

2026/5/29 12:06     Microspie Detector – Anti-Spy Signal Detector Button Cameras Hidden Camera Detector Wireless GPS Bedbug Detector Finder Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS     Document 34.3     Filed 06/02/26     Page 11 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Piccolo e portatile, questo rilevatore si trasporta facilmente ovunque è leggero e si infila facilmente in una tasca o in uno zaino. L'ho provato a casa ed ha rilevato tutte le fonti wireless. In viaggio, fortunatamente, non ha rilevato nulla, mentre in ufficio ho scovato una microcamera nascosta in una presa d'aria del gruppo di continuità.

Rilevato perfettamente anche il dispositivo GPS della mia auto.

Ha anche una piccola luce che si può usare come torcia.

Al momento dell'acquisto ero un po' scettico, ma mi sono ricreduto al primo utilizzo.

Consigliato

Case 2:26-cv-00785-WSS    Document 34-3    Filed 06/02/26    Page 12 of 15



2026/5/29 12:06　Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless GPS Bedbug Detector Finder Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS　Document 34-3　Filed 06/02/26　Page 13 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

2026/5/29 12:06    Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless GPS Bedbug Detector Finder Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS    Document 34-3    Filed 06/02/26    Page 15 of 15

amazon.it    Deliver to Jennifer  Burbank 91505    DIY ▾    🔍    🇮🇹 EN    Hello, Neo  Account & Lists    Orders    0 Basket

↑ Top    Microspie Detector – Anti-Spy Hidden…



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.