**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>    Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>    Defendants. | Civil Case No.: 2:26-cv-00785-WSS |

## PLAINTIFF'S *EX PARTE* MOTION TO RESCHEDULE PRELIMINARY INJUNCTION HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff Zhihui Cao respectfully requests that the Court reschedule the hearing to show cause why a preliminary injunction should not issue (currently set for June 4, 2026 at 1:30 p.m. (EST)) to a later time or date.

On June 4, 2026 at 10:00 a.m. Pacific Standard Time (1:00 p.m. EST), Zheng "Andy" Liu, lead counsel for Plaintiff, is currently scheduled to attend a court hearing on various motions in *May Chen v. Meiying Wang et al.*, Case No. 25CV111737 (Jefferson, J.) before the Superior Court of California, County of Alameda, and hence, will likely be unable to attend to the preliminary injunction hearing.

Mr. Liu apologizes for not discovery this time conflict sooner.

Mr. Liu is available:

- Telephonically or via Zoom after 3:00 p.m. on June 4, 2026; or

- Telephonically or via Zoom at any time beginning June 5, 2026.

Accordingly, Plaintiff respectfully requests that the Court reschedule the preliminary injunction hearing at one of those times of availability. If the Court is unable to hold the hearing at any of those times, counsel will promptly provide additional dates and times of availability.

A Proposed Order is concurrently filed.

Date: June 2, 2026                                      Respectfully submitted,


                                                        /s/ Zheng "Andy" Liu
                                                        Zheng "Andy" Liu (CA- 279327)
                                                        *Aptum Law*
                                                        1660 S Amphlett Blvd Suite 315
                                                        San Mateo, CA 94402
                                                        Email: Andy.Liu@AptumLaw.us
                                                        Phone: 650-475-6289

                                                        *ATTORNEY FOR PLAINTIFF*