## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

                    Plaintiff,

        v.

SCHEDULE A DEFENDANTS,


                    Defendants.

Civil Case No.: 2:26-cv-00785-WSS

**[PROPOSED ORDER] TO RESCHEDULE PRELIMINARY INJUNCTION HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

AND NOW, this ___ day of June, 2026, IT IS HEREBY ORDERED that the Motion to reschedule preliminary injunction hearing and to Extend the Temporary Restraining Order (ECF No. 35) is GRANTED. The injunction hearing is rescheduled from **June 4, 2026 at 1:30 p.m. (EST)** to _____ **at _____ __.m. (EST)** via ZoomGov before Honorable Judge William S. Stickman IV.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE