# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHIHUI CAO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>　　　　　Defendants. | Civil Case No.: 2:26-cv-00785-WSS |

## ██████████ ORDER] TO RESCHEDULE PRELIMINARY INJUNCTION HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER

AND NOW, this _2_ day of June, 2026, IT IS HEREBY ORDERED that the Motion to reschedule preliminary injunction hearing and to Extend the Temporary Restraining Order (ECF No. 35) is GRANTED. The injunction hearing is rescheduled from **June 4, 2026 at 1:30 p.m. (EST)** to _June 9, 2026_ at _9 30_ .m. (EST) via ZoomGov before Honorable Judge William S. Stickman IV. *The Zoom link will follow by email to Plaintiff's counsel who is to serve Defendants.*

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1