**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZHIHUI CAO | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00785-WSS |
| | ) | |
| v. | ) | Judge William S. Stickman |
| | ) | |
| SCHEDULE A | ) | |
| DEFENDANTS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b), OR IN THE ALTERNATIVE, FOR SEVERANCE**

Defendant, Trading Co., LTD, No. 13 in Schedule A ("Defendant"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss the Complaint with prejudice for failure to state a claim upon which relief can be granted and for improper joinder. In the alternative, Defendants moves for severance under Fed. R. Civ. P. 21. In support of Defendant's Motion, Defendant files herewith a Brief.

Date: June 2, 2026

Respectfully Submitted

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
NY 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Zhiwei Hua</u>

Zhiwei Hua