**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZHIHUI CAO | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00785-WSS |
| | ) | |
| v. | ) | Judge William S. Stickman |
| | ) | |
| SCHEDULE A | ) | |
| DEFENDANTS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

**AND NOW,** this _____ day of _____, 2026, upon consideration of Defendant Trading Co., LTD's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b), or in the Alternative, for Severance (the "Motion"), and the accompanying Brief in support thereof, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. All claims asserted against Defendant Trading Co., LTD (identified as Defendant No. 13 on Schedule A) in Plaintiff's Complaint are DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

2. The Clerk of Court is directed to terminate Defendant Trading Co., LTD as a party to this civil action.

IT IS SO ORDERED.

_____

William S. Stickman

United States District Judge

Date: _____