# Exhibit A

**amazon**.it | Deliver to Jennifer ⊙ Burbank 91505 | DIY ▾ | Search Amazon.it | 🔍 | EN ▾ | Hello, Neo Account & Lists ▾ | Orders | 🛒 0 Basket

↑ Top · About this item · From the Brand · Product information · Questions · Reviews · Similar

🖉 Microspie Detector – Anti-Spy Signal Detector Hidden…

Electronics › Camera & Photo › Surveillance Cameras › Spy Cameras

# Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedbug Detector Find Listening Device for Hotel Office Home

Brand: Koilboane

3.4 ★★★☆ ▾ (132)  |  Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| Recommended Uses For Product | Indoor Security, Outdoor Security |
|---|---|
| Brand Name | Koilboane |
| Model Name | S500 |
| Connectivity Technology | Wireless |
| Special Features | Hidden Camera Detector, Portable, Portable and easy to carry, RF Scanners, Wireless Signal Detector |

## About this item

- 【Upgraded microspy detector】 Using advanced technology and latest smart chip, Koilboane detector has ultra-high sensitivity, works more intelligently, has better anti-interference and has an ultra wide detection range. The reception frequency range is 100 MHz - 8 GHz. 2G/3G/4G/GSM signals can all be detected quickly, and the detector can easily find hidden cameras or listening devices around it in the environment.
- 【Multifunctional Hidden Camera Ddetector】 This spy cam detector provides multifunctional detection: 1. Wireless signal detection 2. Magnetic GPS detection 3. Infrared light detection 4. Flashlight This detector has 5 levels of adjustable sensitivity, using different sensitivities can help you quickly and accurately find the position of the signal source. Ideal gift for your friends or loved ones.
- 【Compact and Portable Hidden Camera Detector】 Koilboane spy detector is small (2 * 1.5 * 8.6 cm), lightweight (24g), very easy to carry and use. You can use it in many places such as changing room, conference room, bathroom, hotel, rental home, Airbnb room, office, etc., using it to protect your personal privacy and important information anywhere.
- 【Battery-Powered Spy Detector】 The hidden camera detector is equipped with a rechargeable 800mAh lithium-ion battery, which only takes 2 hours to fully charge. Up to 30 days standby time, even if used continuously for 25 hours, it will not stop working, solving the anxiety of battery life. It is the best choice for traveling.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to Jennifer - Burbank 91505

Add to List

 



amazon.it

**Deliver to Jennifer**
Burbank 91505

DIY ▾

EN

Hello, Neo
Account & Lists

Orders

0
Basket

↑ Top     About this item     From the Brand     Product information     Questions     Reviews     Similar

Microspie Detector – Anti-Spy Signal Detector Hidden…

⚐ Report an issue with this product

**Amazon Gaming Store.**
Upgrade your setup at the Gaming Store. Shop now.

## Explore top deals in related categories   See all deals

Page 1 of 2

**ESR Samsung Galaxy S26 Plus Case with Stash Stand MagSafe Compatible, Magnetic Case for S26 Plus, Military Grade Protecti…**
★★★★½ 2,674
1 offer from €23⁴⁶

**CRASTAN 1870 - A Modo Mio Compatible Capsules - Macchiato Cremoso - 8 Boxes of 16 Capsules**
★★★★☆ 55
1 offer from €25⁴¹

**JETech Slim Cover for iPhone 17 Pro 6.3 Inches with Full Protection for Camera Lenses, Ultra Thin Lightweight and Transparent Minimalist…**
★★★★½ 662
11 offers from €7⁰⁸

**Samsung Slim Magnet Case Magnetic Slim Cover with Magnetic Power Profile Technology Galaxy S26, Light Violet**
★★★☆☆ 13
10 offers from €27⁹³

**OnePlus 15 Ultra Thin Magnetic Aramid Fiber Case 1.3 mm Drop Resistant Anti-Wear and Stain Resistant**
★★★★½ 16
1 offer from €34¹⁹

**Bulk Collagen Coffee, Black Coffee, 500g, 20 Servings**
★★★★☆ 372
1 offer from €19⁹⁹

**JETech Cover for iPhone 17 Pro 6.3 Inches, Anti-Yellowing Shockproof Mobile Phone Bumper Case, Anti-Scratch Back Transparent (Transparent)**
★★★★½ 1,032
8 offers from €8⁷⁹

**Safety and product resources**
- Want to recycle your product FREE of charge?

## From the brand



↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

Koilboane è un'azienda fondata nel 2010 e profondamente coinvolta nel settore dell'elettronica da oltre un decennio. Ci concentriamo sulla qualità del prodotto e sul servizio clienti. Con il rilevatore di telecamere

## Product Description

**Rilevatore di telecamere nascoste Koilboane ---- Il tuo protettore personale della privacy!**



Sei ancora preoccupato che le telecamere nascoste ti spiino? Preoccupato di essere ascoltato mentre parli? Preoccupato di avere un localizzatore GPS installato nella tua auto?

Hai qualcuna delle preoccupazioni di cui sopra quando ti trovi in un hotel o in un ambiente sconosciuto?



Deliver to Jennifer — Burbank 91505    DIY



Microspie Detector – Anti-Spy Signal Detector Hidden…

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar



## Anti spy RF bug detector 4 in 1

Il detector telecamere nascoste Koilboane utilizza il chip più aggiornato sul mercato. Non solo è in grado di rilevare telecamere nascoste, ma può anche aiutarti a rilevare dispositivi di localizzazione GPS/segnale di campo magnetico forte/sorgente di segnale wireless, ecc. **Integra 4 funzioni in 1 dispositivo: rilevamento del segnale wireless/rilevamento della luce a infrarossi/rilevamento GPS/torcia elettrica** , rendendoti facile trovare il dispositivo che sbircia nella tua privacy sempre e ovunque.

1. **Rilevamento del segnale wireless**: In questa modalità, sentirai il suono "Di-" quando il rilevatore microspie rileva dispositivi wireless sospetti intorno a te. La sensibilità regolabile è supportata dal livello 1-5. Un livello più alto significa una sensibilità più alta.
2. **Funzione di scansione delle luci a infrarossi**: Spingere verso l'alto la lente IR sul retro del rilevatore e premere brevemente il pulsante della modalità, le 3 luci IR sul retro si accenderanno. Usa il filtro rosso per scansionare ogni angolo della stanza, quando trovi un punto riflesso, quello è l'obiettivo della fotocamera. Sono contento che tu l'abbia trovato!
3. **Rilevamento GPS magnetico**: Questa modalità può essere utilizzata per rilevare se sul veicolo è installato un dispositivo di localizzazione GPS. Premere due volte il pulsante Modalità per accendere la luce verde, spostare il rilevatore nel luogo da rilevare, una volta rilevato un oggetto sospetto, suonerà un allarme e si accenderà una luce blu.
4. **Modalità torcia**: questo rilevatore anti-spia è dotato di una torcia a LED, quindi quando rilevi un dispositivo sospetto, puoi attivare questa modalità per trovarlo.

2026/5/29 09:37 Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedbug Detector Find Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS    Document 40-1    Filed 06/02/26    Page 6 of 15

amazon.it

Deliver to Jennifer
Burbank 91505

DIY

EN    Hello, Neo
Account & Lists    Orders    0 Basket

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

Microspie Detector – Anti-Spy
Signal Detector Hidden…



Questo rilevatore è adatto a una varietà di situazioni e puoi utilizzarlo per rilevare qualsiasi ambiente di cui non ti fidi. Con esso, non devi più preoccuparti delle fughe di privacy.

Questo rilevatore può essere ampiamente utilizzato nella vita quotidiana e lavorativa, incluso ma non limitato a:

1. Quando soggiorni in un hotel durante un viaggio o per lavoro, scansiona la stanza per individuare eventuali dispositivi nascosti per proteggere la tua privacy;
2. Quando discuti importanti segreti aziendali o incontri con i clienti, rileva la presenza di dispositivi di ascolto intorno a te;
3. Quando ti trasferisci in un nuovo noleggio, controlla la presenza di telecamere nascoste;
4. Scansiona la tua auto per localizzatori GPS o dispositivi di localizzazione;
5. Quando hai bisogno di provare i vestiti nel camerino del centro commerciale, scansiona il camerino.

   

Case 2:26-cv-00785-WSS    Document 40-1    Filed 06/02/26    Page 7 of 15

Con 3 pulsanti sul corpo, tutte le operazioni possono essere eseguite con una mano, rendendolo facile da usare.

con precisione la sorgente del segnale.



## Specifiche del rilevatore di microspie

| Gamma di frequenze RF | 100M Hz-8G Hz |
|---|---|
| Guadagno dell'antenna | >73db |
| Ingresso di carica | CC 5V/1A |
| Gamma di scansione laser | 1-5 meter |

| Metodo di allarme | Emette un segnale acustico/modalità di vibrazione |
|---|---|
| Batteria | 3.7V/800mAh |
| Porta di ricarica | Tipo C |
| Materiale | PC+ABS |

2026/5/29 09:37    Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedbug Detector Find Listening Device For Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS    Document 40-1    Filed 06/02/26    Page 8 of 15



easy to carry, RF Scanners, Wireless Signal Detector

| | |
|---|---|
| Controller Type | Push Button |
| Colour | Black |
| Alert Type | Vibration/Sound |

### Connectivity  ⌃

| | |
|---|---|
| Network Connectivity Technology | Wireless |
| Connectivity Protocol | Wireless |

### Power  ⌃

| | |
|---|---|
| Power source | Battery Powered |
| Voltage | 3.7 Volts |
| Batteries are Required | Yes |

### Measurements  ⌃

| | |
|---|---|
| Item Dimensions | 34 x 71 x 107 millimetres |
| Unit Count | 1.0 Count |

**Warranty & Support**

Amazon.it Return Policy: Regardless of your statutory right of withdrawal, you enjoy a 30-day right of return for many products. For exceptions and conditions, see Return details.

**Feedback**

Would you like to **tell us about a lower price?** ⌄

| | |
|---|---|
| Brand | Koilboane |
| Model Name | S500 |
| Number of Items | 1 |
| Included Components | 1x spy camera detector, 1x Type-C charging cable, 1x user manual |
| Model Number | S500 |
| Usage | Anti-spy detector, GPS Tracking Detector, Hidden Camera Detector, Listening Device Detector, Wireless Signal Detector |
| Manufacturer | Koilboane |
| Best Sellers Rank | 127,739 in Electronics (See Top 100 in Electronics) 218 in Spy Cameras |
| ASIN | B0CP5GY72Z |
| Customer Reviews | 3.4 ★★★☆ ⌄ (132) 3.4 out of 5 stars |

## Looking for specific info?

🔍 Search in reviews, Q&A...        Search

## Safety and product resources

### Images and contacts

Safety images and contacts

**amazon**.it    Deliver to Jennifer — Burbank 91505    DIY ▾    [search]    EN    Hello, Neo — Account & Lists    Orders    0 Basket

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

Microspie Detector – Anti-Spy Signal Detector Hidden…

**Rilevatore di telecamera nascosta: Rilevamento della lente a infrarossi**

▶

Koilboane Rilevatore Microspie

Now playing ▶ 0:41

Koilboane Rilevatore di telecamere nascoste
Merchant video

Rilevamento del segnale wireless ▶ 1:01
**Koilboane Hidden Camera Detector**
Merchant video

▶ 1:30
**Koilboane rilevatore telecamere nascoste**
Merchant video

▶ 0:15
**Customer Review: Rilevatore preciso**
Anna Perra

Rilevatore Microspie - Rilevatore di Segnale Anti-spia Rilevatore…
★★★⯪☆ 132

## Brands in this category on Amazon

Sponsored ⓘ



FireAngel Carbon Monoxide Detector



Discover the Beghelli Salvalavita range



NUASI 4G Camera with Sim

‹     ›

amazon.it

Deliver to Jennifer
**Burbank 91505**

DIY ▾

Hello, Neo
Account & Lists

Orders

0 Basket

EN

Microspie Detector – Anti-Spy Signal Detector Hidden…

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

| | | |
|---|---|---|
| 5 star | | 39% |
| 4 star | | 16% |
| 3 star | | 17% |
| 2 star | | 7% |
| 1 star | | 21% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

**Write a customer review**

## Top reviews from Italy

**Translate all reviews to English**

👤 Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.



3 people found this helpful

**Helpful**  |  Report

Translate review to English

👤 Lorenzo

★☆☆☆☆ **Poco più di un giocattolo. Non rileva praticamente nulla**

Reviewed in Italy on 9 May 2024

**Verified Purchase**

Pessimo prodotto che ho immediatamente restituito.

amazon.it    **Deliver to Jennifer** Burbank 91505    DIY    EN    Hello, Neo **Account & Lists**    Orders    0 Basket

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

Microspie Detector – Anti-Spy Signal Detector Hidden…

Translate review to English

    **Giancarlo**

⭐⭐⭐☆☆ **PENSAVO MEGLIO …**

Reviewed in Italy on 16 February 2024

**Verified Purchase**

L'ho acquistato fiducioso che fosse realmente utile, purtroppo spesso inizia a suonare senza motivo (l'ho anche provato nel bagno di casa mia), ma continua a suonare senza motivo. Peraltro come si capisce quando deve essere caricato ?? Non ultimo il prezzo è caro, anche in funzione del fatto che è di plastica e veramente piccolo, circa 8,5 cm. Sicuramente NON lo ricomprerei.

Helpful    |    Report

Translate review to English

    **Cliente Amazon**

⭐⭐⭐⭐☆ **sensore**

Reviewed in Italy on 6 March 2025

**Verified Purchase**

Utile e sensibile.

Helpful    |    Report

Translate review to English

    **Enzo**

⭐⭐⭐⭐⭐ **Ottimo prodotto**

Reviewed in Italy on 15 April 2024

**Verified Purchase**

Ero alla ricerca di un rilevatore di telecamere perché viaggio molto e tengo alla mia privacy.

Piccolo e portatile, questo rilevatore si trasporta facilmente ovunque. È leggero e si infila facilmente in una tasca o in uno zaino. L'ho provato a casa ed ha rilevato tutte le fonti wireless. In viaggio, fortunatamente, non ha rilevato nulla, mentre in ufficio ho scovato una microcamera nascosta in una presa d'aria del gruppo di continuità.

Rilevato perfettamente anche il dispositivo GPS della mia auto.

Ha anche una piccola luce che si può usare come torcia.

Al momento dell'acquisto ero un po' scettico, ma mi sono ricreduto al primo utilizzo.

Consigliato

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

Microspie Detector – Anti-Spy Signal Detector Hidden…

---

 Renato M.

★★★★★ **Rilevatore Microspie - Rilevatore di Segnale Anti-spia Rilevatore**

Reviewed in Italy on 13 March 2024

Verified Purchase

Sono stato incuriosito da questo tipo di oggetti parlando con un collega. Nella proposta di Amazon, ho scelto questo per caratteristiche e dimensione ridotta.

Si tratta in effetti di un oggetto molto piccolo facile da trasportare e con batteria ricaricabile con cavo standard.

Ho fatto una prima prova a casa e tutte le telecamere sono state individuate, così come è stata correttamente individuata la sorgente del segnale wifi (il router di casa). La gestione del rilevatore è semplice e l'interruttore di accensione fisico evita che possa essere acceso innavvertitamente.

Ho iniziato a usarlo nei viaggi per controllare la camera d'albergo e in effetti è una garanzia in più.

Visto il rapporto costo / qualità sono soddisfatto

One person found this helpful

Helpful | Report

Translate review to English

---

 Daniela

★☆☆☆☆ **Pessimo**

Reviewed in Italy on 27 May 2024

Verified Purchase

Non e' assolutamente funzionale, non vale i soldi spesi ,piccolissimo, leggerissimo, non funzionante per le diciture descritte li rendo mercoledi e spero di non avere problemi o lunghe attese per il rimborso

3 people found this helpful

Helpful | Report

Translate review to English

---

 Mattia V.

★★☆☆☆ **Non fa il GPS detector**

Reviewed in Italy on 16 February 2024

Verified Purchase

Funziona tutto meno che il rintracciamento di tracker GPS. Acquistato principalmente per questo motivo, sono costretto a fare il reso.

3 people found this helpful

Helpful | Report

Case 2:26-cv-00785-WSS    Document 40.1    Filed 06/02/26    Page 13 of 15



amazon.it    Deliver to Jennifer **Burbank 91505**    | DIY ∨ |    [search]    EN    Hello, Neo Account & Lists    Orders    **0** Basket

↑Top    About this item    From the Brand    Product information    Questions    Reviews    Similar

Microspie Detector – Anti-Spy Signal Detector Hidden…

## Customers who bought this item also bought











Baby Brezza Formula Pro Advanced White Black – Instant and Automatic Bottle Preparer, Mixes, Heats and Dispenses Formula or Water…
★★★★½ 2,810
2 offers from €289⁹⁰

VANKEV Easyjet Backpack 45 x 36 x 20 cm for Travelling Airplane Hand Luggage 30L Women Men for Laptops 15.6…
★★★★½ 7,661
#1 Best Seller
1 offer from €40⁸⁴

AOMOMO Unisex Baby Onesie with Feet Set of 2 Soft Cotton Long Sleeve I Love Mummy "I Love Daddy" Print Baby Nappy Changing Snaps 0-24…
★★★★½ 2,243
1 offer from €26⁹⁹

Warriors 20X CR2032 3V Lithium Battery - Pack of 5 Button Cell Batteries 240mAh Capacity for Keychain, Scales, Medical and Electronic Devices…
★★★★½ 15,141
1 offer from €9⁴⁹

Ezero Maderotherapy Wooden Kit 6 Pieces with Bag and Manual – Maderotherapy Roller with Guasha Body Massage and Cellulite…
★★★★½ 478
1 offer from €49⁹⁵

## Best Sellers in this category













Kingston DataTraveler Exodia M PenDrive USB 3.2 Gen 1 DTXM/64GB - Detachable Hood (Blac…
★★★★½ 26,229
#1 Best Seller
-9% €12⁷¹
RRP: €13.90
FREE delivery **12 Jun - 6 Jul**

DURACELL Plus AAA Batteries (Pack of 12) - 1.5V Alkaline Batteries - Up to 100% Extra Life with Active Power Boos…
★★★★½ 66,933
-17% €9¹⁵ (€0.76/count)
RRP: €11.06
⊘ 2 sustainability features ∨

NEW'C 3 Pieces Tempered Glass for iPhone 17, 17 Pro, iPhone 16 Pro (6.3 inch), Anti-Scratch Screen Protector - Ultra…
★★★★½ 293,721
#1 Best Seller
4 offers from €7⁵⁰
⊘ 4 sustainability features ∨

DURACELL Plus AA Batteries (Pack of 12) - 1.5V Alkaline Batteries - Up to 150% Extra Life with Active POWER…
★★★★½ 55,487
-27% €8¹¹ (€0.68/count)
RRP: €11.06
⊘ 2 sustainability features ∨

INIU Cavo USB Type-C, [0,5+2+2m] 3,1A QC3,0 Cavo USB Tipo C Rapida, Lega Intrecciato in Nylon Cavo Type C compatibil…
★★★★½ 91,772
#1 Best Seller
6 offers from €9⁴⁶

VARTA AAA Batteries Pack of 12 Energy Alkaline 1.5V Simple Basic Needs 90% Recycled Packaging Ma…
★★★★½ 523
€3²⁰

Case 2:26-cv-00785-WSS    Document 40-1    Filed 06/02/26    Page 14 of 15



Case 2:26-cv-00785-WSS    Document 40-1    Filed 06/02/26    Page 15 of 15



EN Hello, Neo Account & Lists    Orders    0 Basket

Microspie Detector – Anti-Spy Signal Detector Hidden…

↑ Top    About this item    From the Brand    Product information    Questions    Reviews    Similar