# Exhibit B

# Hidden Camera Detectors
## User Manual



RoHS ♻ CE 🔃 ⊠ FC ⊠

Made in China

## 1.Product Structure

1. Power ON/OFF Switch
2. LED flashing light
3. Infrared scan filter
4. Sensitivity level display
5. Mode switch button
6. Sensitivity adjust button
7. Voice switch button
8. Charging port
9. Flashlight

## 2. Basic Specifications

| | |
|---|---|
| Volume | 16*21*88 MM |
| Weight | 24g |
| Charging interface | Type-C |
| Working hours | 25 hours |
| Antenna gain | >73DB |
| Power plug | DC5V/1A |
| Battery | 800mAh |
| Sensitivity | 5 levels adjustable |
| Receiving frequency range | 100M Hz-8G Hz |
| Signal detection range | 2.4G:10mw;1.2G:10mw; 2G、3G、4G:15 square meters |
| Laser detection | 1-5 meters |
| Material | PC+ABS |
| Charging time | 2.5 hours |

## 3.Operation Instruction

This detector supports 4 working modes : 1) Wireless Signal Detection 2) Infrared camera lens detection 3) Magnetic GPS detection  4) Flashlights.

### a. Detection of radio waves (wireless cameras / eavesdroppers, etc.)

1. Push the power switch to "ON" , blue indicator will flash. This product is default to Wireless Signal Detection mode and set to 1st level.

2. Press the Sensitivity Button to adjust sensitivity level from 1-5.

3. Use this detector to move around. If there is a wireless signal device working, it will make "BEEP" sound continuously.

4. You can also press the Voice Switch Button to change alarming mode from "beep" sound and Vibration.

### b. Detect hidden cameras （recommended to turn off the room lights）

1. Short press the mode button, 3 infrared lights will light up. Push up the red filter on the back of the detector.

2. Press the Sensitivity Adjust button will change the flashing frequency of red lights.

3. Hold the detector in hand, and move it up and down. Use your eyes to look through the red filter.  If there is a suspicious reflection of red spot, that may be a camera lens.

### c. GPS magnetic field detection

1. Press the mode button twice to get the green light on, green signal indicator of this mode will be on the 1st level.

2. Move the detector to the place you want to detect, once the blue lights are on, buzzer alarm is about to work, indicating that there is a magnetic field or suspicious objects with strong magnetic nearly.

3. You can also press voice button to switch to the vibration mode.

### d. Auxiliary lighting by flashlight

Press the "mode button" 3 times to switch the flashlight mode,top light up.With flashlight function on, when you detect suspicious devices, you can turn on this function to find it out.
You can also use it as lighting in the dark.

## 4.Common questions and answers

**1. Why the silent sleep tracker can not be detected?**
Answer: The commonly used sleep locator works once a day, and only works for 5-7 minutes at a time, so when the detector is detecting wireless signals, the locator may not send a signal.

**2. Why the position of the real-time locator can not be accurately detected?**
Answer: The real-time locator generally sends a signal every 10 seconds. Please do not move back and forth during detection. It is best to fix it in one position for more than 5 minutes, then change to other positions to continue detection.

**3. Why does the detector always beep "DiDi"?**
Answer: Signals are everywhere, and there are too many sources of interference signals. It is recommended to turn off your own known signal sources, such as mobile phones, WIFI routers, etc., during detection, and then decrease the sensitivity appropriately.

**4. Why does the detector make a noise sound when it's near the windows ?**
Answer: The window is made of aluminum alloy, which forms a loop antenna, and the signal reception is particularly good.

**5. Why the camera can not be detected?**
Answer: It is possible that the camera is not working, or the camera is a wired one, not using WiFi signal.

## 5. Package

Anti-spy Detector x 1
Type-C Charging Cable x 1
User Manual x 1

## 6. Warranty

We offer 1 year free replacement and return warranty. If there is anything wrong with your anti-spy detector, please contact us without hesitation via the email address

**support@ihomvos.com**