# Exhibit C



**Alberto**

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

- 【Compact and Portable Hidden Camera Detector】 Kollboane spy detector is small (2 * 1.5 * 8.6 cm), lightweight (24g), very easy to carry and use. You can use it in many places such as changing room, conference room, bathroom, hotel, rental home, Airbnb room, office, etc., using it to protect your personal privacy and important information anywhere.

- 【Battery-Powered Spy Detector】 The hidden camera detector is equipped with a rechargeable 800mAh lithium-ion battery, which only takes 2 hours to fully charge. Up to 30 days standby time, even if used continuously for 25 hours, it will not stop working, solving the anxiety of battery life. It is the best choice for traveling.

Case 2:26-cv-00785-WSS    Document 40-3    Filed 06/02/26    Page 3 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Page 1 of 2

2026/5/29 12:06   Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bug Detector Find Listening Device Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS   Document 40-3   Filed 06/02/26   Page 4 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.



amazon.it

Deliver to Jennifer
Burbank 91505

DIY ▾

EN   Hello, Neo Account & Lists   Orders   0 Basket

Microspie Detector – Anti-Spy Hidden…

↑ Top

Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

a te. La sensibilità regolabile è supportata dal livello 1-5. Un livello più alto significa una sensibilità più alta.

2. **Funzione di scansione delle luci a infrarossi**: Spingere verso l'alto la lente IR sul retro del rilevatore e premere brevemente il pulsante della modalità, le 3 luci IR sul retro si accenderanno. Usa il filtro rosso per scansionare ogni angolo della stanza, quando trovi un punto riflesso, quello è l'obiettivo della fotocamera. Sono contento che tu l'abbia trovato!

3. **Rilevamento GPS magnetico**: Questa modalità può essere utilizzata per rilevare se sul veicolo è installato un dispositivo di localizzazione GPS. Premere due volte il pulsante Modalità per accendere la luce verde, spostare il rilevatore nel luogo da rilevare, una volta rilevato un oggetto sospetto, suonerà un allarme e si accenderà una luce blu.

4. **Modalità torcia**: questo rilevatore anti-spia è dotato di una torcia a LED, quindi quando rilevi un dispositivo sospetto, puoi attivare questa modalità per trovarlo.

2026/5/29 12:06　　　Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bug Detector Find Listening Device to Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS　　Document 40-3　　Filed 06/02/26　　Page 6 of 15





2026/5/29 12:06 Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedbug Device to Find Listening Device to Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS Document 40-3 Filed 06/02/26 Page 8 of 15

amazon.it

Deliver to Jennifer
Burbank 91505

DIY

EN

Hello, Neo
Account & Lists

Orders

Basket

Microspie Detector – Anti-Spy
Hidden…

↑ Top

Controller Typ
Colour
Alert Type

**Connect**

Network Conn
Connectivity P

**Power**

Power source
Voltage
Batteries are R

**Measure**

Item Dimensio
Unit Count
Warranty & Su
  Amazon.it Re
  return for ma

Feedback
  Would you lik



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

**Looking fo**

Search in reviews, Q&A…   Search

**Safety and product resources**

**Images and contacts**

Safety images and contacts

amazon.it

Deliver to Jennifer
Burbank 91505

DIY ▾

EN   Hello, Neo   Account & Lists   Orders   0 Basket

Microspie Detector – Anti-Spy Hidden…

↑ Top

Alberto

★★★★★ Rileva tutto!

Reviewed in Italy on 30 January 2024

Verified Purchase

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.



Brands in

Sponsored ⓘ

FireAngel
FireAngel Carbon Monoxide Detector

Beghelli
Discover the Beghelli Salvalavita range

NUASI
NUASI 4G Camera with Sim

Case 2:26-cv-00785-WSS    Document 40-3    Filed 06/02/26    Page 10 of 15





**Alberto**

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Piccolo e portatile, questo rilevatore si trasporta facilmente ovunque è leggero e si infila facilmente in una tasca o in uno zaino. L'ho provato a casa ed ha rilevato tutte le fonti wireless. In viaggio, fortunatamente, non ha rilevato nulla, mentre in ufficio ho scovato una microcamera nascosta in una presa d'aria del gruppo di continuità.

Rilevato perfettamente anche il dispositivo GPS della mia auto.

Ha anche una piccola luce che si può usare come torcia.

Al momento dell'acquisto ero un po' scettico, ma mi sono ricreduto al primo utilizzo.

Consigliato



3 people found this helpful

Helpful  |  Report

Translate review to English

Mattia V.

★★☆☆☆ **Non fa il GPS detector**
Reviewed in Italy on 16 February 2024



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

amazon.it | Deliver to Jennifer ⊙ Burbank 91505 | DIY ▾ | 🔍 | 🇮🇹 EN | Hello, Neo Account & Lists | Orders | 🛒 0 Basket

↑ Top

Microspie Detector – Anti-Spy Hidden...

Kingston
Exodia M
3.2 Gen 1
Detachab

★★★★☆

#1 Best Se

-9% €12
RRP: €13.9
FREE delive

After viewing produc



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

› View or edit your browsing history

Associates Programme

Fulfilment by Amazon

Independently Publish with Us

Amazon Pay

Advertise Your Products

Host an Amazon Hub

Content and Devices

Amazon Mobile App

Recalls and Product Safety Alerts

Customer Service

VAT Information

Legal Guarantee

Accessibility

