**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>　　　　　　Defendants. | Civil Case No.: 2:26-cv-00785-WSS |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 1, 2 & 3

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | Platform |
|---|---|---|
| 1 | DALUO | Amazon |
| 2 | HK FARRELL | Amazon |
| 3 | SLine-US | Amazon |

///

///

///

1

Date: June 3, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

2