## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZHIHUI CAO | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00785-WSS |
| | ) | |
| v. | ) | Judge William S. Stickman |
| | ) | |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF JIANWU LIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Jianwu Lin, declare as follows:

1. I am the Manager of Defendant Trading Co., LTD (identified as Defendant No. 13 on Schedule A) ("Defendant"). This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I submit this Declaration in support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction.

3. I am intimately familiar with the engineering, hardware composition, and operational mechanics of Defendant's product, the "X13 Wireless Detector" (the "Accused Product").

4. The Accused Product does not contain any electronic "infrared detector" or any optical sensor configured to receive or process light signals that is electrically connected to the device's control circuit board.

5. In its camera-detection mode, the Accused Product relies entirely and exclusively on passive human visual observation. The device utilizes three standard light-emitting diodes (LEDs) on the back of the housing to project visible red light into the surrounding environment.

6. The rectangular square window located at the top of the Accused Product (labeled as "Find lens lenses") is a passive, non-electrical transparent plastic red optical filter. It contains no wiring, no electrical circuitry, and no electronic sensor elements, and it is completely isolated from the device's printed circuit board (PCB).

7. To detect a hidden camera lens, a user must look through this passive plastic window with their naked eye to manually spot the physical reflection of the visible red light bouncing off a target camera lens. The device itself does not automatically analyze, signal, buzz, or log any optical data during this visual scanning process.

8. I have reviewed the public e-commerce market availability of the technical design and structural architecture claimed in Plaintiff's U.S. Patent No. 12,537,933.

9. Attached hereto as Exhibit A are true and correct copies of historical commercial records from the United States Amazon marketplace, specifically comprising a product details page and a verified customer purchase review dated November 29, 2023.

10. The prior art product publicly displayed, described, and sold in Exhibit A embodies and incorporates the very same structural and functional limitations later claimed in Claim 1 of Plaintiff's '933 Patent. Specifically, the 2023 prior art product discloses an elongated handheld housing, an array of LED lights, a top antenna, a signal indicator array, and the distinct square passive optical viewing lens mechanism utilized for the "simple visual inspection" of hidden cameras.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of June, 2026 in China.

_____
Jianwu Lin