# Customer Review



Neha

★★★★★ **Easy to use and portable**

Reviewed in the United States on November 29, 2023

**Verified Purchase**

I didn't expect it to work, but what surprised me was that it really did. Ultra compact and easy to carry, the RF indicator light and indicator light work on my Arlo security camera. It's easy to detect them, and if you're curious about the hidden cameras in your place of residence, I would recommend you.



One person found this helpful



[ Helpful ]    |    Report

## Product Details



Hidden Camera Detector, Anti-Spy...
by hkbcwg

 3.6 out of 5

106 global ratings

| 5 star | 53% |
|--------|-----|
| 4 star | 7% |
| 3 star | 12% |
| 2 star | 3% |
| 1 star | 25% |

**See All Buying Options**

Search Amazon

Electronics › Camera & Photo › Video Surveillance › Surveillance Cameras › Hidden Cameras



Click to see full view

# Hidden Camera Detector, Anti-Spy Detector, Indoor Bug Detector Electronic Sweeper, GPS Tracker Detector, RF Signal Detector, 5 Levels Adjustable Sensitivity Wireless Hidden Devices Finder

Brand: hkbcwg

3.5 ★★★⯪☆ ▾ (104)

$7⁹⁹

Get $10 off instantly: Pay $0.00 $7.99 upon approval for the Amazon Store Card. No annual fee.

Get **Fast, Free Shipping** with **Amazon Prime**

**FREE Returns** ▾

| | |
|---|---|
| Recommended Uses For Product | Indoor Security |
| Brand | hkbcwg |
| Connectivity Technology | Wireless |
| Special Feature | Portable |
| Indoor/Outdoor Usage | Indoor |

## About this item

- 【Hidden Camera Detectors】  Camera Lens Finder & Camera Detector----to spot the hidden pinhole camera by a simple visual inspection via infrared laser scanning. If there is a camera lens in front of you, you will find a very strong bright spot flashing. Laser detection distance 10cm-6m.

- 【GPS Tracker Detector】  Magnetic Field Detection----to find the widely used magnetized GPS trackers. Move the magnetic field induction probe to find a magnetic field or suspicious objects with strong magnetic. The detector will beep or vibrate if it finds something.

- 【Easy to Use】  Rechargeable lithium-ion battery, one-hour fast charging(Each full charge can be used for 25 hours, and can be on standby for 25 days). Our detector uses High-quality PC material is



prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$7⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Monday, June 8** on orders shipped by Amazon over $35

Or fastest delivery **Sunday, June 7**. Order within 1 hr 13 mins

Delivering to Washington 20001 - Update location

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from   Amazon

Sold by   DAFAN