**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Cao_____ | ) | |
| | ) | |
| vs. | ) | Civil Action No. _26-cv-785_____ |
| | ) | |
| Schedule A Defendants_____ | ) | |
| | ) | |

**AFFIDAVIT OF <u>YI YI</u> IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

I, <u>Yi Yi</u>, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for <u>Defendants Dronewing and homvos-us</u> in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, <u>Yi Yi</u>, being duly sworn, do hereby depose and say as follows:

1.  I am a <u>Partner</u> of the law firm <u>LawMay P.C.</u>.

2.  My business address is <u>2108 N Street, Ste. 9124, Sacramento, CA 95816</u>.

3.  I am a member in good standing of the bar of <u>California</u>.

4.  My bar identification number is <u>353482</u>.

5.  A current certificate of good standing from <u>California</u> is attached to this Affidavit as Exhibit <u>1</u>.

6.  [if applicable]  The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:<u>N/A</u>: [Insert additional explanation as appropriate.]

7.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.  I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.      Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
        I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: June 3, 2026

                                                /s/ Yi Yi

# Exhibit 1

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

_____Yi Yi_____ , Bar No. _____353482_____

was duly admitted to practice in this Court on _____07/29/2024_____
                                                        *DATE*

and  is active and in good standing      as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _____6/3/2026_____
         *Date*

BRIAN D. KARTH
Clerk of Court

By _____Yvette Louis_____ , Deputy Clerk

G-52 (1/24)                    CERTIFICATE OF GOOD STANDING