# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHIHUI CAO,<br><br>       Plaintiff,<br><br>    v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>       Defendants. | Civil Case No.: 2:26-cv-00785-WSS |

**PLAINTIFF'S *EX PARTE* MOTION TO RESCHEDULE PRELIMINARY INJUNCTION HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Patent Owner respectfully requests that the Court reschedule the hearing to show cause why a preliminary injunction should not issue (currently set for June 9, 2026 at 9:30 a.m. (EDT)) to June 11, 2029 at 9:00 a.m. (EDT) or another time or day convenient to the Court and parties.

Mr. Andy Liu, lead counsel for Plaintiff was unexpectedly delayed on his work trip to Hong Kong, where Mr. Liu is to defend and take depositions (on June 10 and June 12, 2026, respectively) in a patent infringement case currently pending before the U.S. District Court for the Northern District of Illinois, case number 25-cv-05003.

Mr. Liu's original flight was scheduled to depart San Francisco, California, on June 7, 2026 at 11:50 p.m. (Pacific Daylight Time) and arrive in Hong Kong on June 9, 2026 at June 8, 2026 at 5:30 p.m. (EDT). That would have allowed Mr. Liu to attend the preliminary injunction hearing in this case.

Counsel's flight has been delayed, however, and rescheduled to depart on June 8, 2026 at 11:50 p.m. (Pacific Daylight Time) and arrive in Hong Kong on *June 9, 2026 at 5:30 p.m. (EDT).* As a result, Counsel will be unable to attend the preliminary injunction hearing.

Mr. Liu is available by telephone or via Zoom on June 11, 2026, between at 9:00 a.m. (EDT) and 12:00 p.m. (EDT).

*This will be Plaintiff's last request to continue*; Plaintiff and the undersigned apologizes to the Court and the parties for the inconvenience caused by this unexpected flight delay.

Accordingly, Plaintiff respectfully requests that the Court reschedule the preliminary injunction hearing to one of the times set forth above and extend the Temporary Restraining Order entered in this matter through the date of the rescheduled hearing. Should the Court be unavailable at any of those times, counsel will promptly provide additional dates and times.

A Proposed Order is concurrently filed.

Date: June 8, 2026                          Respectfully submitted,


                                            /s/ Zheng "Andy" Liu
                                            Zheng "Andy" Liu (CA- 279327)
                                            *Aptum Law*
                                            1660 S Amphlett Blvd Suite 315
                                            San Mateo, CA 94402
                                            Email: Andy.Liu@AptumLaw.us
                                            Phone: 650-475-6289


                                            *ATTORNEY FOR PLAINTIFF*