**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| <u>Cao</u>              ) | |
|          ) | |
|     vs.           ) | Civil Action No. 2:26-cv-00785-WSS |
|          ) | |
| <u>Schedule A Defendants</u>    ) | |
|          ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF <u>Hongchang Deng</u>**

    <u>Hongchang Deng</u>, undersigned counsel for <u>Defendants Dronewing, homvos-us, smofeng, Wang Q Twist Shop, and Yangang's Bold Hub</u>, hereby moves that <u>Hongchang Deng</u> be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for <u>Defendants Dronewing and homvos-us</u> in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of <u>Hongchang Deng</u> filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                             Respectfully submitted,

Dated: <u>June 10, 2026</u>                  <u>/s/ Hongchang Deng</u>
                                 Hongchang Deng (CA Bar. ID NO. <u>354529)</u>
                                 rdeng@lawmayus.com
                                 LawMay P.C.
                                 2108 N Street, Ste. 9124
                                 Sacramento, CA 95816

                                 *Counsel for Defendants Dronewing, homvos-us, smofeng, Wang Q Twist Shop, and Yangang's Bold Hub*