**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Cao | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:26-cv-00785-WSS |
| | ) | |
| Schedule A Defendants | ) | |
| | ) | |

**AFFIDAVIT OF HONGCHANG DENG IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Hongchang Deng, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Dronewing, homvos-us, smofeng, Wang Q Twist Shop, and Yangang's Bold Hub in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Hongchang Deng, being duly sworn, do hereby depose and say as follows:

1.      I am a Partner of the law firm LawMay P.C..

2.      My business address is 2108 N Street, Ste. 9124, Sacramento, CA 95816.

3.      I am a member in good standing of the bar of California.

4.      My bar identification number is 354529.

5.      A current certificate of good standing from California Bar is attached to this Affidavit as Exhibit 1.

6.      [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:N/A: [Insert additional explanation as appropriate.]

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.  Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 10, 2026                    /s/ Hongchang Deng

# Exhibit 1

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/20/2026

**LICENSEE NAME:** Hongchang Deng

**LICENSEE BAR NUMBER:** 354529

**LICENSEE STATUS:** Active

**ADMIT DATE:** 3/19/2024

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Hongchang Deng's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*