**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Zhihui Cao,<br>　　　　Plaintiff,<br><br>v.<br><br>Schedule A Defendants,<br>　　　　Defendants. | Case No. 2:26-cv-00785-WSS<br><br>Judge William S. Stickman |

### [PROPOSED] ORDER

THIS MATTER is before the Court on Defendants Dronewing, homvos-us, smofeng, Wang Q Twist Shop, and Yangang's Bold Hub's Motion for Admission Pro Hac Vice of Hongchang Deng, and the Court having been fully advised, it is hereby ORDERED that the Motion is GRANTED.

Hongchang Deng is admitted pro hac vice to appear on behalf of Defendants Defendants Dronewing, homvos-us, smofeng, Wang Q Twist Shop, and Yangang's Bold Hub in this action.

Dated: this_____day of June, 2026

　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Judge William S. Stickman
　　　　　　　　　　　　　　　　　　　United States District Judge