**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　Defendants | Civil Action No. 2:26-cv-00785-WSS |

**DEFENDANTS DRONEWING AND HOMVOS-US'S NOTICE OF SUPPLEMENTAL
DECLARATIONS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

Defendants Dronewing and homvos-us respectfully submit the accompanying Supplemental Declaration of Hongchang Deng and Declaration of Mei Liu, the Authorized Representative of Defendants Dronewing (Seller ID: A7P4HB58SCZKC) and homvos-us (Seller ID: A19K1UHXFMG83E), in further support of their Opposition to Plaintiff's Motion for Preliminary Injunction..

Plaintiff's reply argues that certain evidence relied upon by Defendants lacks supporting declarations. Defendants submit these supplemental declarations to provide additional foundation for the materials cited in Defendants' opposition, including the Koilboane Amazon.it listing, Defendants' product manual, the accused products' technical features, and the frozen Amazon account funds.

Defendants respectfully request that the Court consider these supplemental declarations in resolving Plaintiff's Motion for Preliminary Injunction. In the alternative, if the Court believes leave is required, Defendants request leave to supplement the record for the limited purpose of

addressing Plaintiff's authentication and foundation objections and providing support for evidence already cited in Defendants' opposition.

Respectfully submitted,

Date: June 11, 2026

By:  */s/ Hongchang Deng*
Hongchang Deng
California Bar No. 354529
Tel.: 213 682 7241
Email: rdeng@lawmayus.com
Yi Yi
California Bar No.353482
Tel.: 747-241-3130
Email: yiyi@lawmayus.com
Xiangru Chen
Washington Bar No. 64505
Tel.: 315 250 7337
Email: xiangru.chen@lawmayus.com
LawMay P.C.
2108 N St., Ste. 9124
Sacramento, CA 95816