**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>   Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br>   Defendants | Civil Action No. 2:26-cv-00785-WSS |

**DECLARATION OF MEI LIU, AUTHORIZED REPRESENTATIVE OF DRONEWING
AND HOMVOS-US**

I, Mei Liu, declare as follows:

1. I am an authorized representative of Dronewing, Amazon Seller ID A7P4HB58SCZKC, and homvos-us, Amazon Seller ID A19K1UHXFMG83E. I have personal knowledge of the facts stated below.

2. Dronewing and homvos-us sell portable hidden-camera detection products on Amazon, including the accused products at issue in this case.

3. As a result of the temporary restraining order entered in this case, approximately $5,469.42 in Dronewing's Amazon account has been frozen.

4. As a result of the temporary restraining order entered in this case, approximately $21,252.33 in homvos-us's Amazon account has been frozen.

5. Dronewing and homvos-us sell exclusively through Amazon.

1

6. The freeze prevents Dronewing and homvos-us from receiving sales proceeds, reinvesting in inventory, and operating normally.

7. Exhibit B to Defendants' Opposition is a true and correct copy of the user manual for the accused products sold by Dronewing and homvos-us.

8. The accused products do not contain an infrared detector that electronically detects red light emitted by or reflected from a camera.

9. The camera-lens detection function uses an LED light and a red filter. The user looks through the red filter with the human eye to identify suspicious reflected red spots. The red filter is passive and is not electrically connected to the control circuit board.

10. I am also familiar with the Koilboane Amazon.it store and the Koilboane product bearing Amazon ASIN B0CP5GY72Z. The Koilboane Amazon.it store is another store operated by the same business owners who operate Dronewing and homvos-us.

11. I have reviewed the Koilboane Amazon.it product listing and the customer photograph attached to the verified purchase review dated January 30, 2024, referenced in this litigation.

12. Based on my knowledge of the accused products and the Koilboane product, the Koilboane product and the accused products share the same underlying technical structure and operating logic with respect to the infrared camera-finding function.

13. Both products use the same method for detecting hidden camera lenses: the device emits infrared or red light toward the detection area, and the user looks through a red filter or infrared lens-viewing component to visually identify reflected points from camera lenses.

14. In both products, no component within the device automatically detects or responds to reflected light from a camera. The detection is performed by the user's eye in both cases. Neither

2

product contains an electronic infrared detector that detects reflected light and transmits a signal to a control circuit board.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2026.

_Mei Liu_

Mei Liu