**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHEDULE A DEFENDANTS,<br><br>    Defendants | Civil Action No. 2:26-cv-00785-WSS |

**SUPPLEMENTAL DECLARATION OF HONGCHANG DENG IN SUPPORT OF**

**DEFENDANTS DRONEWING AND HOMVOS-US'S OPPOSITION TO PLAINTIFF'S**

**MOTION FOR PRELIMINARY INJUNCTION**

I, Hongchang Deng, declare as follows:

1. I am counsel for Defendants Dronewing and homvos-us in this action. I am over eighteen years old and competent to make this declaration.

2. I submit this declaration to provide foundation for Exhibits A, B, and C submitted with Defendants' opposition to Plaintiff's Motion for Preliminary Injunction.

3. Exhibit A is a true and accurate copy of screenshots of the Amazon.it listing for the Koilboane product bearing ASIN B0CP5GY72Z. The screenshots were accessed and captured on or about May 29, 2026.

4. Exhibit B is a true and accurate copy of the user manual for Defendants' accused product that counsel reviewed in preparing Defendants' opposition.

5. Exhibit C is a true and accurate copy of screenshots from the Amazon.it customer-review section for ASIN B0CP5GY72Z, including a January 30, 2024 review marked "Verified

1

Purchase" and the customer-uploaded photograph shown in the exhibit.

6.    The copies attached as Exhibits A, B, and C fairly and accurately reflect the materials reviewed by counsel and cited in Defendants' opposition.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 11, 2026, at Shenzhen, China.


*/s/Hongchang Deng*
Hongchang Deng

2
