**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>               Plaintiff,<br><br>        v.<br><br>SCHEDULE A DEFENDANTS,<br><br>               Defendants | Civil Action No. 2:26-cv-00785-WSS |

**NOTICE OF APPEARANCE**

Please take notice that Xiangru Chen, Esq., on behalf of LawMay P.C., hereby enters her appearance as counsel for the defendants smofeng (Defendant No. 8), Wang Q Twist Shop (Defendant No. 9), and Yangang's Bold Hub (Defendant No. 10) in the above case.

Xiangru Chen designates the following email addresses for service of all documents required to be served in this proceeding:

    E-Mail Address:   xiangru.chen@lawmayus.com

Respectfully submitted,

Date: June 11, 2026

By:   */s/ Xiangru Chen*
        Xiangru Chen
        Washington Bar No. 64505
        Tel.: 315 250 7337
        Email: xiangru.chen@lawmayus.com
        LawMay P.C.
        2108 N St., Ste. 9124
        Sacramento, CA 95816

1