# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ZHIHUI CAO,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants | Civil Action No. 2:26-cv-00785-WSS<br><br>_ |

**DECLARATION OF HONGCHANG DENG IN SUPPORT OF DEFENDANTS SMOFENG, WANG Q TWIST SHOP, AND YANGANG'S BOLD HUB'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Hongchang Deng, declare as follows:

1. I am an attorney licensed to practice law in the State of California (Bar No. 354529) and am counsel of record for Defendants smofeng (Defendant No. 8), Wang Q Twist Shop (Defendant No. 9), and Yangang's Bold Hub (Defendant No. 10) in the above-captioned matter. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called as a witness, I could and would testify competently thereto.

2. In the course of preparing Defendants' opposition, I conducted an investigation into products publicly available for sale prior to the filing date of U.S. Patent No. 12,537,933 B2 (the "'933 Patent"), which was filed on July 2, 2025.

3. During that investigation, I accessed Amazon's Italian marketplace (amazon.it) and located a product listing for a portable hidden camera detector sold under the brand name

1

"Koilboane," bearing Amazon Standard Identification Number (ASIN) B0CP5GY72Z (the "Koilboane product"). A true and correct copy of the Amazon.it product listing for ASIN B0CP5GY72Z, as retrieved by me, is submitted herewith as Exhibit A. I personally accessed and captured the Amazon.it listing for ASIN B0CP5GY72Z on May 29, 2026 by printing to PDF.

4. On the Amazon.it listing for ASIN B0CP5GY72Z, I observed a customer review section containing a review posted on January 30, 2024, labeled as a "verified purchase" ("acquisto verificato") by the Amazon platform. That review included a customer-uploaded photograph depicting the product as received. A true and correct copy of that verified purchase review, including the customer photograph, as retrieved by me from Amazon.it, is submitted herewith as Exhibit C. I personally accessed and captured this verified-purchase review, including the customer photograph, from Amazon.it on May 29, 2026 by printing to PDF.

5. Based on my review, the Amazon.it listing for ASIN B0CP5GY72Z displayed the product as offered to the public, and displayed a customer review dated January 30, 2024 that the Amazon platform labeled "acquisto verificato" (verified purchase). The January 30, 2024 date shown on that verified-purchase review precedes the July 2, 2025 filing date of the '933 Patent by approximately eighteen months.

6. I have personally reviewed and compared the Koilboane product listing (Exhibit A), the customer photograph attached to the January 30, 2024 verified purchase review (Exhibit C), and the user manual for Defendants' accused products (Exhibit B).

7. Based on that comparison, I observed that the Koilboane product and Defendants' accused products share the following external and functional characteristics:

(a) the same elongated handheld housing form factor; (b) the same vertical row of indicator lights on the front face of the housing; (c) the same three-button control layout on the front face;

(d) the same lower circular opening on the housing; (e) the same red filter or infrared lens-viewing component through which the user visually identifies reflected points from camera lenses; and (f) the same overall portable detector form factor and general dimensions.

8. The Amazon.it listing for ASIN B0CP5GY72Z (Exhibit A) describes the camera-finding function as a visual-inspection process: the device emits light toward the area, and the user looks through a red filter to locate reflected points indicating a camera lens. I did not observe, anywhere in the listing, any description of an electronic component within the device that detects reflected light or transmits a detection signal to a circuit board.

9. Specifically, the Koilboane product's Amazon.it listing instructs the user: "Usa il filtro rosso per scansionare ogni angolo della stanza, quando trovi un punto riflesso, quello è l'obiettivo della fotocamera," which translates to: "Use the red filter to scan every corner of the room; when you find a reflected point, that is the camera lens." See Exhibit A. Defendants' accused products' user manual likewise instructs the user to "look through the viewfinder and scan the room," and states that "hidden camera lenses will appear as bright red dots on the screen." See Exhibit B.

10. Based on my comparison of the Koilboane listing (Exhibit A) with the accused products' user manual (Exhibit B), both describe the same light-and-filter visual-inspection route for camera-lens finding, in which the user—not the device—identifies the reflection. The technical operation of Defendants' accused products is addressed in the Declaration of Mei Liu.

11. I have reviewed Defendants' accused products as listed on Amazon.com. A true and correct copy of the Amazon.com product listing for Defendants' accused products is submitted herewith as Exhibit D.

**13.** I have reviewed U.S. Patent No. 12,537,933 B2 (the "'933 Patent"). Based on that review, the '933 Patent issued on January 27, 2026, from an application filed on July 2, 2025. The '933 Patent claims no priority to any earlier application, domestic or foreign. A true and correct copy of the '933 Patent is submitted herewith as **Exhibit E**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2026, at Shenzhen, China.

Hongchang Deng

4