# Exhibit B

# Hidden Camera Detector
## User Manual



## 1. Product Overview

The Hidden Camera Detector is a portable and high - precision device designed to detect hidden cameras (including wired, wireless, and pinhole cameras) and GPS trackers. It combines **Radio frequency (RF) signal detection**, **Infrared (IR) lens scanning**, **Shake alarm detection** mode and **Magnetic field detection** to provide comprehensive security protection. Ideal for use in hotels, rental apartments, changing rooms, offices, and other private or public spaces where privacy may be at risk.

## 2. Package Contents

Before using the device, please check that the package includes the following items:

1 × Hidden Camera Detector

1 × USB - C Charging Cable

1 × User Manual

1x  Hidden Camera Detector Strap

## 3. Key Components & Functions

Refer to the diagram below to identify the device's components (numbers correspond to functions):



| Number | Name | Button icon | Function |
|---|---|---|---|
| 1 | Power on/off button | | Switch the button to turn ON/OFF the device |
| 8 | Red indicator light on the back | | IR Scan mode for detecting hidden camera lenses, infrared light reflects off lens surfaces |
| 9 | Infrared lens Viewfinder | | A small screen used to scan for hidden camera lenses (infrared light reflects off lens surfaces). |

| Number | |
|---|---|
| 7 | Blue |
| 6 | Yellow light |
| 5 | Green light |
| 2 | Mode Switch button |
| 3 | Sensitivity adjust / -ment button |
| 4 | Voice/vibrat/ adjustment bu |

| Number | Name | Button icon | Function |
|---|---|---|---|
| 7 | Blue light | | FR Signal detection mode(Default Mode) the blue light will increase with signalstrength |
| 6 | Yellow light | | Shake detection mode The device will emit "beep" alarm sound as soon as it is shaken and the blue light will be lighted up. |
| 5 | Green light | | Magnetic detection mode the blue light will light up when the magnetic devic -es are detected |
| 2 | Mode Switch button | | Press it to switch detection modes Green Light= Magnetic detection Yellow light =Shake detection mode Blue light=FR detection mode Red light= IR Scan mode |
| 3 | Sensitivity adjust -ment button | | Press this button, the higher the sensitivity,the wider the detection range |
| 4 | Voice/vibration adjustment button | | Switch sound or vibration mode under Magnetic detection and FR Signal detection mode<br>Sound: Emits a beep to alert users of detected devices.<br>Vibration: The device will vibrate to alert users of detected devices.<br>Note: frequency increases with signal strength |

# 4. How to Use

# Step 1: Charge the Device

Connect the USB - C cable to the detector's charging port and a power adapter.

The LED indicator near the charging port will turn red when charging and green when fullycharged (charging time: ~2 hours; standby time: up to 200 hours).

# Step 2: Power On & Select Detection Mode

Switch the power button to ON to turn the hidden cam -era detector on.

Press the  to switch between four modes:

## 1) RF Detection Mode (Default Mode):

The blue light will light up

Detects wireless signals from hidden cameras (2.4GHz/5GHz) or GPS trackers. Move the device closer to the source,when the device flashes blue light and emits beeps (you also can press the button to switch vibration alert mode instead of beep) continuously, it means the hidden device is likely within 0.5 - 2 meters.The RF Signal Indicator(blue light) and alarm beeps will increases with signal strength.

## 2) Magnetic Detection Mode:

The green light will light up

Detects magnetic fields from wired cameras or GPS trackers. The device will flash

blue light and emit beeps (you also can press the button  to switch vibration alert mode instead of beeps) continuously when near a strong magnetic source.

## 3) Shake Detection Mode:

The yellow light will light up

The device will emit "beep" alarm sound and flash blue light continuously as soon as it is shaken.

You can hang this device on the door handle, it will alert you when someone pushes the door.

## 4) IR Scanning Mode: Activates the red indicator light

5and viewfinder. Look through the viewfinder and scan the room (focus onsmall holes, smoke detectors, or decorative objects)Hidden camera lenses will appear as bright red dotson the screen.

Warm Note: Dim the room lights (IR scanning works best in low light).

## Step 3: Power Off

Press ON/OFF button to turn off the device.

## 5. Notes&Warnings

**Avoid False Alarms:**
In RF Detection Mode, common household devices (e.g., Wi Fi routers, Bluetooth speakers, mobile phones) may trigger weak signals. Move these devices away before scanning, or reduce the detector's sensitivity. In Magnetic Detection Mode, metal objects (e.g., keys, laptops) can cause false alarms. Keep the detector at least 10cm away from such items.

**Environmental Limitations:**
The detector's RF range is up to 10 meters in open spaces but may be reduced by walls or metal barriers. IR scanning cannot detect cameras with fully covered lenses (e.g., cameras hidden behind opaque materials).

**Safety Precautions:**
Do not expose the device to water, high temperatures (over 60°C/140°F), or strong magnetic fields.
Keep the device out of reach of children (small parts may pose a choking hazard).
Do not disassemble the detector or use non - original charging cables (risk of short circuit).

## 6. Maintenance & Care

1) Clean the IR viewfinder and screen with the microfiber cloth (do not use alcohol or abrasive cleaners).

2) Store the detector in the provided box when not in use toprevent scratches.

3) Charge the device at least once every 3 months if not in use (to maintain battery life).

## 7. Troubleshooting

| Problem | Possible Cause | Solution |
|---|---|---|
| Device won't turn on | Dead battery, loose charging connection | Charge the device for 30minutes, check the USBC cable for damage. |
| No alarm in RF Mode | Low sensitivity, nowireless devices nearby | Increase sensitivity, movecloser to the suspectedarea. |
| BlurryIR viewfnder | Dirty screen; low battery | Clean the viewfnder withthe microfber cloth, charge the device |
| Constant false alarms inMagnetic Mode | Near metal objects, highsensitivity | Move away from metalitems, reduce sensitivityvia the dial. |

## 8. Warranty Information

This product comes with a 12 - month limited warranty from the date of purchase. The warranty covers defects in materials or workmanship but does not apply to:

amage caused by improper use, drops, or water exposure.

Wear and tear of consumable parts (e.g., USB cable).

Repairs or modifications by unauthorized personnel.

**Support Email:**

**Dancingcolors2025@outlook.com**