# Exhibit C

2026/5/29 12:06     Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedbug Detector Find Listening Device to Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS     Document 53-5     Filed 06/11/26     Page 2 of 15





Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Case 2:26-cv-00785-WSS    Document 53-5    Filed 06/11/26    Page 4 of 15





Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

a te. La sensibilità regolabile e supportata dal livello 1-5. Un livello più alto significa una sensibilità più alta.

2. **Funzione di scansione delle luci a infrarossi**: Spingere verso l'alto la lente IR sul retro del rilevatore e premere brevemente il pulsante della modalità, le 3 luci IR sul retro si accenderanno. Usa il filtro rosso per scansionare ogni angolo della stanza, quando trovi un punto riflesso, quello è l'obiettivo della fotocamera. Sono contento che tu l'abbia trovato!

3. **Rilevamento GPS magnetico**: Questa modalità può essere utilizzata per rilevare se sul veicolo è installato un dispositivo di localizzazione GPS. Premere due volte il pulsante Modalità per accendere la luce verde, spostare il rilevatore nel luogo da rilevare, una volta rilevato un oggetto sospetto, suonerà un allarme e si accenderà una luce blu.

4. **Modalità torcia**: questo rilevatore anti-spia è dotato di una torcia a LED, quindi quando rilevi un dispositivo sospetto, puoi attivare questa modalità per trovarlo.

2026/5/29 12:06 Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedding Detector Find Listening Device to Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS   Document 53-5   Filed 06/11/26   Page 6 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.





Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

2026/5/29 12:06     Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless RF Bedbug Detector Find Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS    Document 53-5    Filed 06/11/26    Page 9 of 15



amazon.it

Deliver to Jennifer
Burbank 91505

DIY ▾

EN

Hello, Neo
Account & Lists

Orders

Basket

Microspie Detector – Anti-Spy
Hidden…

↑ Top

**Alberto**

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

**Brands in**

Sponsored ⓘ

FireAngel Carbon Monoxide Detector

Discover the Beghelli Salvalavita range

NUASI 4G Camera with Sim



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Helpful    |   Report

Translate review to English

Lorenzo

★☆☆☆☆ **Poco più di un giocattolo. Non rileva praticamente nulla**

Reviewed in Italy on 9 May 2024

**Verified Purchase**

Pessimo prodotto che ho immediatamente restituito.

2026/5/29 12:06  Microspie Detector – Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless for Bedding Detector Finder Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS   Document 53-5   Filed 06/11/26   Page 11 of 15



**Alberto**

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc…e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

Piccolo e portatile, questo rilevatore si trasporta facilmente ovunque è leggero e si infila facilmente in una tasca o in uno zaino. L'ho provato a casa ed ha rilevato tutte le fonti wireless. In viaggio, fortunatamente, non ha rilevato nulla, mentre in ufficio ho scovato una microcamera nascosta in una presa d'aria del gruppo di continuità.

Rilevato perfettamente anche il dispositivo GPS della mia auto.

Ha anche una piccola luce che si può usare come torcia.

Al momento dell'acquisto ero un po' scettico, ma mi sono ricreduto al primo utilizzo.

Consigliato



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.

3 people found this helpful

Helpful | Report

Translate review to English

Mattia V.

★★☆☆☆ **Non fa il GPS detector**

Reviewed in Italy on 16 February 2024



2026/5/29 12:06    Microspie Detector - Anti-Spy Signal Detector Hidden Cameras Hidden Camera Detector Wireless GPS Bug Detector Finder Listening Device for Hotel Office Home : Amazon.it: Electronics

Case 2:26-cv-00785-WSS   Document 53-5   Filed 06/11/26   Page 14 of 15



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.



Alberto

★★★★★ **Rileva tutto!**

Reviewed in Italy on 30 January 2024

**Verified Purchase**

Dormo spesso fuori casa sia per lavoro che per svago e cercavo qualcosa con cui poter verificare la presenza di telecamere, dato che sempre più spesso si sentono storie di persone spiate nelle camere di alberghi e B&B. Per adesso l'ho usato in due strutture diverse e con mio grande piacere non ha rilevato niente.

Per verificarne il funzionamento ho fatto dei test a casa andando a spegnere tutte le fonti di segnale come cellulari, router wi-fi ecc...e lasciando attive solo due telecamere che ho posizionato in punti distanti nell'ingresso/soggiorno. Il dispositivo ha rilevato correttamente le due fotocamere, bippando in prossimità degli oggetti identificati e svolgendo egregiamente il suo lavoro.

Altra cosa positiva sono le dimensioni contenute del rilevatore che può essere comodamente infilato anche nella tasca dei jeans.