# Exhibit D

6/5/26, 5:53 PM    Amazon.com: Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder, Spy Device Detector for Tr…

Case 2:26-cv-00785-WSS    Document 53-6    Filed 06/11/26    Page 2 of 10

| All | Early Prime Day | Health AI | Amazon Haul | Medical Care ⌄ | Amazon Basics | Best Sellers | Prime ⌄ | Books | New Releases | Groceries ⌄ | Gift Cards ⌄ |

**Camera & Photo** | Deals ⌄ | Best Sellers ⌄ | DSLR Cameras ⌄ | Mirrorless Cameras ⌄ | Lenses ⌄ | Point-and-Shoots ⌄ | Sports & Action Cameras ⌄ | Camcorders ⌄

Electronics › Security & Surveillance › Radio Scanners

# Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder, Spy Device Detector for Travel, Office, Hotel, Dressing Room - Portable Privacy Protection

Brand: DancingColors

4.2    (134)

**100+ bought** in past month

**-5%** $31^34

List Price: $32.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**
Exclusive Prime price

| Recommended Uses For Product | Indoor Security |
| --- | --- |
| Brand | DancingColors |
| Model Name | Hidden camera detector |
| Connectivity Technology | Wireless |
| Special Feature | Anti-Spy Device |

## About this item

- 4-IN-1 PROFESSIONAL DETECTOR｜MAXIMUM PRIVACY PROTECTION　Engineer6GHz full-band sweep for wireless cameras, GPS trackers & listening devices); 2) IR Lens Detection (redght scanning identifies pinhole camera lenses from 0.1mm); 3) Magnetic Field Sensor (locates devices with magnetic components); 4) Vibration Alert Mode (for discreet, silent sweeps). Your ultimate privacy guardian for travel, hotels (Airbnb/VRBO), offices, and changing rooms.

- SMART FULL-COVERAGE SCANNING｜FIND WHAT'S HIDDEN　Our advanced detector identifies all wireless & magnetic spy gear: Wi-Fi/Bluetooth hidden cameras, 2.4G/5.8G wireless transmitters, voice recorders, and GPS trackers. With adaptive signal filtering, it distinguishes real [ ] background interference, giving you absolute [ ] your privacy at home, work, or abroad.

- [ ] CONTROL｜5-LEVEL SENSITIVITY & DUAL [ ] ke full control with 5 adjustable sensitivity levels [ ] nge: 0.5-5 meters). Choose between 90dB audible [ ] ick sweeps or discreet vibration mode for silent [ ] meetings, hotels, or sensitive spaces. The real- [ ] trength indicator visually guides you to the exact [ ] ny hidden devices.

- [ ] s Service　Backed by a 12-month warranty with [ ] stomer support for comprehensive peace of [ ] sk.

[ ] duct details

[ ] ssue with this product or seller

Prime Member Price

$31^34

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

Already a member? Sign in

| Ships from | Amazon |
| --- | --- |
| Sold by | JUFUGE US |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

Regular Price

$34^99

FREE delivery June 12 - 19 on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: JUFUGE US

**Add to List**

Delivering to Seattle 98160
Update location

Electronics ⌄

EN    Hello, sign in Account & Lists    Returns & Orders    0

6/5/26, 5:53 PM     Amazon.com: Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder Spy Device Detector for Tr…

Case 2:26-cv-00785-WSS    Document 53-6    Filed 06/11/26    Page 3 of 10



Price history    Track product    Data    Settings    →    ebay

Click to see full view

Keepa Box ❖ News ❖ Support ❖ Manage Price Watches ❖ Product Finder ❖ Find related Deals ❖ Related Best Sellers ❖ Log In / Register

| Legend | |
| --- | --- |
| — | Sales Rank 🔒 |
| ● | Buy Box |
| ● | New |
| — | New, 3rd Party FBA |
| — | New, 3rd Party FBM |
| — | New, Prime exclusive |
| ● | Lightning Deals |
| — | Buy Box Used 🔒 |
| ● | Used |
| — | Used, like new |
| — | Used, very good |
| ● | Warehouse Deals |
| — | List Price |

🔍 Close-up view ⊙

📅 Range   Week
       Month
       **3 Months**
       All (157 days)

Select area to zoom in. Double-click to reset.
Toggle shown data by clicking on the legend.

(last update: 5 hours ago ↻)    📊 Statistic    🌐 Compare international Amazon prices    ➦ Share Graph    ⚙ Graph Settings

# Similar items that may deliver to you quickly

Page 1 of 3

     

**7-in-1 Hidden Camera Detectors,Bug Detector, Hero Privacy Pen, rf Detector,GPS Tracker…**
118

16% off   **Limited time deal**

**$39.68**
List: $46.98
Get it as soon as **Monday, Jun 15**
FREE Shipping by Amazon

**Upgraded Hidden Camera Detector - AI-Powered Anti-Spy Device, GPS Tracker & Bug Detector, Portable RF Signal…**
869

**$39.99**
Get it as soon as **Monday, Jun 15**
FREE Shipping by Amazon

**Hidden Camera Detectors,Infrared Pin-Hole Camera Finder,Wireless Camera…**
83
Amazon's Choice

**$31.99**
Get it as soon as **Monday, Jun 15**
FREE Shipping on orders over $35 shipped by Amazon

**Portable AI Hidden Camera Detector, AI-Powered Anti Spy Device,GPS Trackers &Listening…**
13

**$29.99**
Get it Jun 23 - Jul 7
FREE Shipping

**LTKUXS 5-in-1 Hidden Camera Detectors, Anti Spy Detector, RF Signal Scanner, GPS Tracker Detection, Hidden Devi…**
9

**$20.99**
Get it as soon as **Monday, Jun 15**
FREE Shipping on orders over $35 shipped by Amazon

**POLE Came Spy C Track Bug D**

**$29.9**
Get it a
15
FREE S
$35 sh

# Product description



Delivering to Seattle 98160
Update location

Electronics ▾

EN    Hello, sign in
Account & Lists    Returns & Orders    0

6/5/26, 5:53 PM
Case 2:26-cv-00785-WSS   Document 53-6   Filed 06/11/26   Page 4 of 10
Amazon.com: Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder Spy Device Detector for Tr…



GPS TRACKER          IR SCANNING          SHAKE ALARM



Delivering to Seattle 98160
Update location

Electronics ▾

EN      Hello, sign in          Returns          0
        Account & Lists        & Orders

https://www.amazon.com/dp/B0GD5WX6XY                                                3/9

6/5/26, 5:53 PM
Case 2:26-cv-00785-WSS     Document 53-6     Filed 06/11/26     Page 5 of 10
Amazon.com: Hidden Camera Detectors & Anti Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder Spy Device Detector for Tr…



6/5/26, 5:53 PM
Amazon.com: Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder Spy Device Detector for Tr…

Case 2:26-cv-00785-WSS   Document 53-6   Filed 06/11/26   Page 6 of 10



**Yangang's Bold Hub**
Hidden Camera Detectors & Anti-Spy Camera Finder

-0:21

### Videos for this product



Now playing    0:20

**Hidden Camera Detectors & Anti-Spy Camera Finder**
Yangang's Bold Hub



0:40

**Hidden Camera Detector Protect Your Privacy Anywhere**
Suyen daniel rodriguez



1:09

**REVIEW: DancingColors Hidden Camera Detector**
⚡ QuickTake Reviews…



0:21

**Hidden camera detectors for travel**
Wang Q Twist Shop



1:11

**Hidden camera detector for peace of mind, ultimate privacy!**
Ashley Casperson



**Portable camera detector**
Terry Bros



Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal…
134
$31³⁴



Sponsored ⓘ
JAXTIN G66 Pro Hidden Camera Detector with AI Auto Scan, Magne…
273
$119⁵⁹

## Product information

### Additional details

| | |
|---|---|
| Other Special Features of the Product | Anti-Spy Device |
| Indoor Outdoor Usage | Indoor |
| Color | Black |
| Enclosure Material | Plastic |

### Connectivity

| | |
|---|---|
| Connectivity Technology | Wireless |

### Power

| | |
|---|---|
| Power Source | Battery Powered |
| Are Batteries Required | No |

### Measurements

| | |
|---|---|
| Item Dimensions | 1.18 x 0.39 x 3.93 inches |
| Unit Count | 1.0 Count |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

### Item details

| | |
|---|---|
| Antenna Location | Indoor Security |
| Brand | DancingColors |
| Model Name | Hidden camera detector |
| Number of Items | 1 |
| Built-In Media | Hidden Camera Detector |
| Model Number | TC06 |
| Manufacturer Warranty Description | 30 days warranty |
| Manufacturer | DancingColors |
| Best Sellers Rank | #22 in Radio Scanners |
| ASIN | B0GD5WX6XY |
| Customer Reviews | 4.2          (134)  4.2 out of 5 stars |

Delivering to Seattle 98160
Update location

Electronics ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

Case 2:26-cv-00785-WSS    Document 53-6    Filed 06/11/26    Page 7 of 10

## What's in the box

- Hidden Camera Detector

## Customer reviews

### 4.2 out of 5

134 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 72% |
| 4 star | | 9% |
| 3 star | | 2% |
| 2 star | | 4% |
| 1 star | | 13% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the camera detector works well, with one mentioning its different modes for detecting hidden cameras. The device is easy to use, compact, and portable, making it perfect for travel and business trips. They appreciate its effectiveness in detecting hidden devices and consider it essential for safety, particularly when traveling with children. Customers find it offers good value for money.

 Generated from the text of customer reviews

**Select to learn more**

↗ Functionality (30) | ↗ Quality (20) | ↗ Ease of use (19) | ↗ Compact size (18) |
↗ Portability (17) | ↗ Hidden camera detection (14) | ↗ Safety (13) | ↗ Value for money (13)

### Reviews with images

See all photos ›

   

## Top reviews from the United States

 Daniela Tellez

**Super delighted with the operation of this product**

Reviewed in the United States on May 4, 2026

**Verified Purchase**

Excellent product! It's compact, easy to use, and works very well. I bought it for extra peace of mind while traveling, and it has been incredibly helpful. It quickly detects hidden cameras and other surveillance devices with impressive accuracy. The battery life is great, and its portable design makes it convenient to carry anywhere. Highly recommended for anyone who values privacy and security.

[ Helpful ]    Report

Daylen Fabrega

**Travel with greater peace of mind and privacy.**

Reviewed in the United States on March 16, 2026

**Verified Purchase**

I bought the hidden camera detector from DancingColors to take with me when I travel, and honestly, I was pleasantly surprised. It is small, lightweight, and easy to use. It features different modes for detecting hidden cameras, RF signals, and GPS trackers—which provides a great deal of peace of mind when staying in hotels or Airbnbs. The battery lasts quite a while, and the light indicators help you quickly identify whether there is any suspicious activity. It feels well-built and performs exactly as promised. It is undoubtedly a useful device if you are concerned about your privacy while away from home.

4 people found this helpful

[ Helpful ]    Report

 Cortney Wells

**Hidden camera detection**

Reviewed in the United States on May 8, 2026

**Verified Purchase**

This cute sleek small hidden camera detection is lightweight, easily functionality and instructions. makes for great visibility anywhere. Even has GPS finder. A sense of protection undercover. Great price and quality

6/5/26, 5:53 PM
Amazon.com: Hidden Camera Detectors & Anti Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder Spy Device Detector for Tr…
Case 2:26-cv-00785-WSS   Document 53-6   Filed 06/11/26   Page 8 of 10


itrainonpulse

### Terrible Product

Reviewed in the United States on May 20, 2026

**Verified Purchase**

Terrible product. I had a tech check it out. Yes, there's a beep. It happens when you enter a room in response to my visible cameras and my bluetooth devices. It doesn't isolate the culprit. Spend more to get a better product. Besides sending mixed signals, this product is sooooo flimsy and cheap. What has happened to Amazon? Please check out 5 star reviews on Amazon products to ascertain if the report was "incentivized."

Helpful     Report


Kim

### Peace of mind!

Reviewed in the United States on April 27, 2026

**Verified Purchase**

This hidden camera detector gave me so much peace of mind while traveling! I took it with me on a cruise and used it in hotel rooms, and it was incredibly easy to use and very reliable. Before my trip, I tested it at home and it even picked up my own cameras right away, which really proved it works.

It's compact, lightweight, and simple to operate—even if you're not tech-savvy. I felt much more secure knowing I could quickly scan my surroundings wherever I stayed. Highly recommend this to anyone who travels or just wants extra privacy and safety!

2 people found this helpful

Helpful     Report


Amazon Customer

### Can't read manual

Reviewed in the United States on April 21, 2026

**Verified Purchase**

Fast shipping. Works good I think because I can't read the instructions are not in ENGLISH. What is green setting, yellow setting, blue for?

7 people found this helpful

Helpful     Report


Jen Roberts

### Great Hidden Camera Detector!

Reviewed in the United States on May 13, 2026

**Verified Purchase**

This compact hidden camera detector is super easy to use and comes with clear instructions. It's lightweight, portable, and works great for travel or everyday peace of mind. Great quality for the price and definitely makes you feel more protected wherever you go. Would recommend to anyone and everyone for extra peace of mind!

Helpful     Report


Leyanis Rodriguez

### Hidden camera detector

Reviewed in the United States on May 12, 2026

**Verified Purchase**

I bought it to use when I travel and honestly it works well. It's small, easy to use, and gives me more peace of mind in hotels or private places. Good purchase for the price.

Helpful     Report

**See more reviews**

Delivering to Seattle 98160
Update location

Electronics ▾

EN    Hello, sign in
Account & Lists    Returns
& Orders    0

https://www.amazon.com/dp/B0GD5WX6XY

7/9

6/5/26, 5:53 PM    Amazon.com: Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder Spy Device Detector for Tr…

Case 2:26-cv-00785-WSS    Document 53-6    Filed 06/11/26    Page 9 of 10

## Pick up where you left off   See more

     

**Hidden Camera Detectors & Anti-Spy Camera Finder, Wireless RF Signal Scanner, GPS Tracker Finder, Spy Device…**
134

$31.34

Get it as soon as **Friday, Jun 12**

**SIGNALFI Hidden Camera Detector,Upgraded Hidden Bug and Camera Detector, Bug & GPS Tracker Detector Porta…**
32

$32.99

Get it as soon as **Monday, Jun 15**

FREE Shipping on orders over $35 shipped by Amazon

**Hidden Camera Detector, Anti-Spy Camera Finder, RF Signal & WiFi Scanner, GPS Tracker & Bug…**
205

Amazon's Choice

$23.99

Get it as soon as **Monday, Jun 15**

FREE Shipping on orders over $35 shipped by Amazon

**Hidden Camera Detectors,Infrared Pin-Hole Camera Finder,Wireless Camera detector, Anti-Spy Alar…**
83

$31.99

Get it as soon as **Monday, Jun 15**

FREE Shipping on orders over $35 shipped by Amazon

**Hidden Camera Detectors – Small Anti Spy with Audio/Video GPS Tracker RF Detector for Wireless Cameras and Cars…**
8

$39.80

Get it as soon as **Monday, Jun 15**

FREE Shipping by Amazon
Only 18 left in stock - order…

**Ape… Dete… Wire… with… GPS…**

$34

Get it 15

FREE $35 s

## Best Sellers in Camera & Photo Products

     

**Occer 12x25 Compact Binoculars for Adults and Kids, Large Eyepiece Waterproof Binocular…**
33,237

#1 Best Seller

$35.98

Get it as soon as **Wednesday, Jun 10**

FREE Shipping by Amazon

🌱 3 sustainability features

**20x50 High Powered Binoculars for Adults, Waterproof Compact Binoculars with Low Light Vision for Bird Watchin…**
4,829

$35.98

Get it as soon as **Wednesday, Jun 10**

FREE Shipping by Amazon

🌱 1 sustainability feature

**Hontry Binoculars for Adults and Kids, 10x25 Compact Binoculars for Bird Watching, Theater and Concerts, Hunting…**
24,247

$24.95

Get it as soon as **Wednesday, Jun 10**

FREE Shipping on orders over $35 shipped by Amazon

🌱 3 sustainability features

**Compact Binoculars for Adults and Kids, HD Mini Portable Outdoor Binoculars Children,…**
1,471

19% off   **Limited time deal**

$12.99
Typical: ~~$15.99~~

Get it as soon as **Wednesday, Jun 10**

FREE Shipping on orders over $35 shipped by Amazon

**Elikliv Microscope, LCD Digital Coin Microscope 1000x, Coin Magnifier with 8 Adjustable LED…**
11,338

#1 Best Seller

$33.24

Get it as soon as **Monday, Jun 15**

FREE Shipping on orders over $35 shipped by Amazon

**Vort 10x4 Opti Adap Wate**

$14

Get it Jun 1

FREE Only

# See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Delivering to Seattle 98160
**Update location**

Electronics ▾

EN

Hello, sign in
**Account & Lists**

Returns
**& Orders**

0

6/5/26, 5:53 PM — Amazon.com : Hidden Camera Detectors & Anti Spy Camera Finder, Wireless RF Signal/Scanner, GPS Tracker Finder, Spy Device Detector for Tr…

Case 2:26-cv-00785-WSS    Document 53-6    Filed 06/11/26    Page 10 of 10

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates