**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ZHIHUI CAO,<br><br>       Plaintiff,<br><br>      v.<br><br>SCHEDULE A DEFENDANTS,<br><br>       Defendants | Civil Action No. 2:26-cv-00785-WSS |

**NOTICE OF APPEARANCE**

Please take notice that Yi Yi, Esq., on behalf of LawMay P.C., hereby enters his appearance as counsel for the defendants smofeng, Wang Q Twist Shop, and Yangang's Bold Hub in the above case.

Yi Yi designates the following email addresses for service of all documents required to be served in this proceeding:

    E-Mail Address:   yiyi@lawmayus.com

Respectfully submitted,

Date: June 11, 2026

By:   */s/ Yi Yi*
       Yi Yi
       California Bar No.353482
       Tel.: 747-241-3130
       Email: yiyi@lawmayus.com
       LawMay P.C.
       2108 N St., Ste. 9124
       Sacramento, CA 95816

1