IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

      *Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

      *Defendants*.

Civil Action No. 2:26-cv-785

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD:  Injunction Hearing
DATE HEARING HELD:  June 9, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Zheng Liu, Esquire

Appearing for Defendants:
Zhiwei Hua, Esquire
Xiangru Chen, Esquire

Hearing began at 9:05 a.m.

Hearing concluded at 9:34 a.m.

Stenographer:  Barbara Loch

OUTCOME:

This hearing was held re:  Plaintiff's request for preliminary injunction.

Plaintiff may file any briefs in opposition on or before 06/15/26.