**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Cao

vs.

Schedule A Defendants

)
)
)
)
)
)
)
)

Civil Action No.  2:26-cv-785

or

Criminal Action No.  _____

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Defendants smofeng, Wang Q Twist Shop, Yangang's Bold Hub_, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

6/15/2026
Date

s/ Xiangru Chen
Signature of Attorney or Litigant

Revision Date: November 1, 2016