**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ZHIHUI CAO, | |
| Plaintiff, | Civil Case No.: 2:26-cv-00785-WSS |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF SETTLEMENT AS TO DEFENDANTS NO. 4-6, 8-12 & 14**

NOTICE IS HEREBY GIVEN that Plaintiff Zhihui Cao and the following

Defendants have settled all claims among them:

| 4 | WSEF.R Technology | Amazon |
|---|---|---|
| 5 | YSD-d-US | Amazon |
| 6 | ZMK-x-US | Amazon |
| 8 | smofeng | Amazon |
| 9 | Wang Q Twist Shop | Amazon |
| 10 | Yangang's Bold Hub | Amazon |
| 11 | Dronewing | Amazon |

1

| 12 | homvos-us | Amazon |
| 14 | CY-Link | Amazon |

Subject to the parties performing their respective obligations under the settlement, Plaintiff anticipates filing a notice of voluntary dismissal or the like in no more than 14 days.

Accordingly, Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter and that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: June 16, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*