## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

             Plaintiff,

      v.

SCHEDULE A DEFENDANTS,


             Defendants.

Civil Case No.: 2:26-cv-00785-WSS

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 13

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendant from this action:

| No. | Defendant | Platform |
|-----|-----------|----------|
| 13 | Trading Co., LTD | Amazon |

Date: June 16, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorney for Plaintiff*

1