IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

                      *Plaintiff,*

          v.

SCHEDULE A DEFENDANTS,

                      *Defendants.*

Civil Action No. 2:26-cv-785

Hon. William S. Stickman IV

## ORDER OF COURT

AND NOW, this __16__ day of June 2026, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Plaintiff Zhihui Cao's request for the issuance of a preliminary injunction (ECF No. 12) is DENIED. IT IS FURTHER ORDERED that the Temporary Restraining Order and Temporary Asset Restraint issued on May 7, 2026 (ECF No. 18) is VACATED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE