## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

                Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-00785-WSS

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 4, 5 & 6

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | Platform |
|-----|-----------|----------|
| 4 | WSEF.R Technology | Amazon |
| 5 | YSD-d-US | Amazon |
| 6 | ZMK-x-US | Amazon |

///

///

///

1

Date: July 3, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

2