**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO,<br><br>                    Plaintiff,<br><br>          v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>                    Defendants. | Civil Case No.: 2:26-cv-00785-WSS |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

To the Clerk of the U.S. District Court for the Western District of Pennsylvania,

Please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Declaration of Zheng "Andy" Liu in Support of Request to Enter Default hereto attached.

Date: July 13, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA-279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email:
Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

## Schedule "A" – Defaulting Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 7 | DAIYUJIE | | B0G1N8C1MW | Amazon |
| 14 | CY-Link | | B0GRVQFKJ6 | Amazon |
| 15 | Mgmcm Direct | | B0GSR7JWGD | Amazon |
| 16 | chunshaoheng | | B0FMK129FV | Amazon |