**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ZHIHUI CAO,

                Plaintiff,

      v.

SCHEDULE A DEFENDANTS,


                Defendants.

Civil Case No.: 2:26-cv-00785-WSS


**DECLARATION OF ZHENG "ANDY" LIU IN SUPPORT OF REQUEST TO ENTER**

**DEFAULT AGAINST DEFENDANTS**


I, Zheng "Andy" Liu, hereby declare, and state as follows:

On May 5, 2026, the Court ordered that process may be served on each Defendant in the Schedule "A" attached to the Complaint [ECF No. 1] via electronic mail and website publication. [ECF No. 9]

On May 12, 2026, I, or someone acting under my direction, caused the Complaint and a summons in this action to be served on all Defendants in the Schedule "A" attached to the Complaint [ECF No. 1] via electronic mail and website publication as authorized by Court Order in ECF No. 9. [ECF No. 20]

The time within which Schedule "A" Defendants listed below ("Defaulting Defendants") may answer or otherwise move as to the Complaint expired on June 2, 2026. [ECF No. 20]

The Defaulting Defendants have not answered or otherwise moved and the time for the Defaulting Defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: July 13, 2026                              Respectfully submitted,


    /s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

## Schedule "A" – Defaulting Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 7 | DAIYUJIE | | B0G1N8C1MW | Amazon |
| 14 | CY-Link | | B0GRVQFKJ6 | Amazon |
| 15 | Mgmcm Direct | | B0GSR7JWGD | Amazon |
| 16 | chunshaoheng | | B0FMK129FV | Amazon |