# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

              Plaintiff,

     v.

SCHEDULE A DEFENDANTS,

              Defendants.

Civil Case No.: 2:26-cv-00785-WSS

**[PROPOSED] ENTRY OF DEFAULT**

AND NOW, this _____ day of _____, 2026, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.

_____
Clerk of the US District Court

## Schedule "A" – Defaulting Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 7 | DAIYUJIE | | B0G1N8C1MW | Amazon |
| 14 | CY-Link | | B0GRVQFKJ6 | Amazon |
| 15 | Mgmcm Direct | | B0GSR7JWGD | Amazon |
| 16 | chunshaoheng | | B0FMK129FV | Amazon |