## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZHIHUI CAO,

        Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

        Defendants.

Civil Case No.: 2:26-cv-00785-WSS

## [PROPOSED] ENTRY OF DEFAULT

AND NOW, this _____ day of _____, 2026, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.

CLERK'S ENTRY OF DEFAULT

Date: 7/13/2026

*Tiffanie Anderson*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

## Schedule "A" – Defaulting Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 7 | DAIYUJIE | | B0G1N8C1MW | Amazon |
| 14 | CY-Link | | B0GRVQFKJ6 | Amazon |
| 15 | Mgmcm Direct | | B0GSR7JWGD | Amazon |
| 16 | chunshaoheng | | B0FMK129FV | Amazon |