**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHIHUI CAO, | |
| Plaintiff, | Civil Case No.: 2:26-cv-00785-WSS |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 8-12

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | Platform |
|---|---|---|
| 8 | smofeng | Amazon |
| 9 | Wang Q Twist Shop | Amazon |
| 10 | Yangang's Bold Hub | Amazon |
| 11 | Dronewing | Amazon |
| 12 | homvos-us | Amazon |

///

1

Date: August 3, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

2