**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ZHIHUI CAO,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-00785-WSS

# MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff respectfully moves this Court to enter a default judgment order and permanent injunction against the four remaining—but defaulted—defendants in this case ("Defaulted Defendants").

Plaintiff respectfully request the following relief from this Court: (a) a permanent injunction against Defaulted Defendants, in similar scope to the Temporary Restraining Order previously entered by this Court [ECF No. 18], and (b) compensatory damages in the amount of $10,000.00 per Defaulted Defendants.

A Proposed Order is concurrently filed herewith.

///

///

///

Date: August 15, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*