IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHIHUI CAO,<br>*Plaintiff,*<br>v.<br>SCHEDULE A DEFENDANTS,<br>*Defendants*. | Civil Action No. 2:26-cv-785<br>Hon. William S. Stickman IV |

**ORDER OF COURT**

AND NOW, this 27th day of August 2026, IT IS HEREBY ORDERED that the videoconference motion hearing previously scheduled for September 1, 2026 at 10:30 a.m. is RESCHEDULED for **September 2, 2026 at 10:30 a.m**. The Zoom invitation is provided below. Counsel for Plaintiff shall promptly serve a copy of this order upon Defendants and file proof of the same with the Court.

https://pawd-uscourts.zoomgov.com/j/1653783933

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE