IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHIHUI CAO,<br><br>*Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>*Defendants*. | Civil Action No. 2:26-cv-785<br><br>Hon. William S. Stickman IV |

**HEARING MEMO**

HEARING HELD: Videoconference Motion Hearing
DATE HEARING HELD: September 2, 2026
BEFORE: Judge William S. Stickman IV

Appearing for Plaintiff:
Zheng Liu, Esquire

Appearing for Defendants:

Hearing began at 11:06 a.m.

Hearing concluded at 11:22 a.m.

Stenographer: Barbara Loch

OUTCOME:

This hearing was held re: Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction. (ECF No. 67).

For the reasons set forth on the record, the motion will be granted.

The appropriate order will follow.